FILED
JANUARY 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 79

JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, a not-for-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUDREY PETERSEN, an individual; ARTHUR PETERSEN, an individual; VAUGHN PETERSEN, an individual; VICTORIA BRISKEY, an individual; VIRGINIA HOENIG, an individual; KENNETH PETERSEN, an individual; and VALERIE FERNANDES, an individual,<br><br>Defendants. | Case No.<br><br>The Honorable |

## COMPLAINT FOR INTERPLEADER

NOW COMES Plaintiff Thrivent Financial for Lutherans, a not-for-profit corporation ("Thrivent"), by its attorneys Foley & Lardner LLP, and pursuant to 28 U.S.C. § 1335(a) and Federal Rule of Civil Procedure 22, for its complaint against Defendants Audrey Petersen, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes, individually (collectively, "Defendants"), states as follows:

### Introduction

1.  On January 12, 1987, Thrivent issued a policy of life insurance to Donald A. Petersen ("Insured"), insuring his life with a corresponding death benefit of $50,000. A copy of the relevant Thrivent life insurance policy, number 06715389, is attached hereto as Exhibit A ("Policy").

2.   The Insured died in DuPage County, Illinois on October 30, 2007. A copy of the Insured's Medical Certificate of Death is attached hereto as Exhibit B.

3.   The total death benefit due to the appropriate beneficiaries under the Policy is $50,393.04, an amount comprised of the specified $50,000 life insurance payout and a $393.04 quarterly premium refund. Thrivent has recently been placed on notice of a dispute among the Defendants as to who is the proper beneficiary or beneficiaries of these Policy proceeds.

## Parties

4.   Thrivent is a not-for-profit fraternal benefit society organized and existing under the laws of the State of Wisconsin. Thrivent is headquartered and maintains its principal place of business in Appleton, Wisconsin. Thrivent is authorized to conduct business in the State of Illinois.

5.   Defendant Audrey Petersen is the surviving wife of the Insured. On information and belief, Audrey Petersen currently resides at 3528 Hollywood Avenue, Brookfield, Illinois 60513-1716 and is therefore a citizen of the State of Illinois.

6.   Defendant Arthur Petersen is a surviving child of the Insured. On information and belief, Arthur Petersen currently resides at 2229 Warfield Avenue, Redondo Beach, California 90278 and is therefore a citizen of the State of California.

7.   Defendant Vaughn Petersen is a surviving child of the Insured. On information and belief, Vaughn Petersen currently resides at 119 Tom Foola Trail, Tupelo, Mississippi 38804 and is therefore a citizen of the State of Mississippi.

8.   Defendant Victoria Briskey is a surviving child of the Insured. On information and belief, Victoria Briskey currently resides at 58 Green Street, Augusta, Maine 04330 and is therefore a citizen of the State of Maine.

9. Defendant Virginia Hoenig is a surviving child of the Insured. On information and belief, Virginia Hoenig currently resides at 120 Arrowhead Trail, Saltillo, Mississippi 38866 and is therefore a resident of the State of Mississippi.

10. Defendant Kenneth Petersen is a surviving child of the Insured. On information and belief, Kenneth Petersen currently resides at 59 Green Street, Augusta, Maine 04330 and is therefore a citizen of the State of Maine.

11. Defendant Valerie Fernandes is a surviving child of the Insured. On information and belief, Valerie Fernandes currently resides at 2229 Warfield Avenue, Redondo Beach, California 90278 and is therefore a resident of the State of California.

## Jurisdiction And Venue

12. This Court has original jurisdiction over this civil interpleader action pursuant to 28 U.S.C. § 1335 as (a) Thrivent has in its possession and custody money or property at issue exceeding $500 and (b) there are two or more diverse parties claiming a competing interest in such property, the Policy proceeds.

13. Pursuant to 28 U.S.C. § 1397, venue is proper in this Court as Defendant Audrey Petersen resides in Cook County, Illinois, which is located within the Northern District of Illinois.

## Facts

14. On December 3, 1986, the Insured submitted an application for an adjustable life insurance policy with Thrivent,[1] a copy of which is attached hereto as Exhibit C. On the insurance application, the Insured designated Defendant Audrey Petersen, his wife, as the "first

---

[1] At the time, Thrivent was called "Aid Association for Lutherans."

beneficiary" and Defendant Kenneth Petersen, his son, as the "second beneficiary." (See Ex. C, p. 6).

15. Defendant Audrey Petersen remained the Policy's first beneficiary until on or about September 12, 2004, when the Insured submitted a "Beneficiary Designation – Common" form, a copy of which is attached hereto as Exhibit D, changing the named primary beneficiary of the Policy to his six children – namely Defendants Valerie Fernandes, Kenneth Petersen, Virginia Hoenig, Victoria Briskey, Vaughn Petersen and Arthur Petersen.

16. Following the death of the Insured on October 30, 2007, the Insured's children submitted their respective "Claimant's Statement for Life Contracts," copies of which are attached hereto as Exhibit E. Following receipt of such statements, it would be Thrivent's normal practice to distribute life insurance proceeds in a timely manner to designated beneficiaries.

17. On or about November 7, 2007, however, Thrivent received notice that Defendant Audrey Petersen intended to contest the Policy's current primary beneficiary designation. A copy of faxed correspondence to Thrivent is attached hereto as Exhibit F.

18. Thrivent subsequently informed Defendant Audrey Petersen by letter on November 19, 2007, a copy of which is attached hereto as Exhibit G, that if she intended to continue contesting the beneficiary change, she would need to submit by December 3, 2007 a written statement setting forth a legal basis as to why the current beneficiary designation is invalid or improper.

19. On or about November 27, 2007, Defendant Audrey Petersen submitted her written statement setting forth her basis for contesting the Policy's current primary beneficiary designation, a copy of which is attached hereto as Exhibit H.

CHIC_1675798.1

## Legal Basis Of Complaint

20. As a result of the foregoing, Thrivent is in possession of $50,393.04 in life insurance proceeds to which there are two or more claimants with adverse, competing interests.

21. Under the circumstances, Thrivent, as insurer, cannot safely distribute the Policy proceeds to any of the Defendants without exposing itself to potential double or multiple liability because Thrivent is not liable to all Defendants. It remains for this Court to settle the factual and legal issues that will be raised by the Defendants in support of their respective positions.

22. Thrivent has no interest or stake in such impending litigation and is only an innocent stakeholder. Thrivent is ready, willing and able to tender the Policy proceeds, plus any applicable interest, into the registry of the Court, or into any account as directed by Order of this Court.

23. As a disinterested stakeholder, Thrivent is entitled to recover its costs and reasonable attorneys' fees incurred in filing this interpleader action.

WHEREFORE, Plaintiff Thrivent Financial for Lutheran respectfully prays that this Court will:

A. Order Thrivent to pay $50,393.04 in primary proceeds, plus any applicable interest accrued after the date of this Complaint, from life insurance policy number 06715389 on the life of Donald A. Petersen, now deceased, into the registry of the United States District Court for the Northern District of Illinois or any other interest or non-interest bearing account as this Court may direct;

B. Discharge Thrivent from any and all liability in connection with the life insurance proceeds of policy number 06715389 to any Defendant in this action or to any other person or entity;

      C.      Prohibit and enjoin Defendants from pursuing individual actions against Thrivent in connection with the payout at issue on life insurance policy number 06715389 in light of this interpleader action;

      D.      Determine the rights of the Defendants with respect to the proceeds of life insurance policy number 06715389 and, once such rights are determined, order that Thrivent's costs and reasonable attorneys' fees incurred in bringing this interpleader action are paid out of the proceeds prior to distribution to the prevailing Defendant(s); and

      E.      Order such other and further relief as this Court deems just and proper.

Date: January 4, 2008

Respectfully submitted,

THRIVENT FINANCIAL FOR LUTHERANS, a not-for-profit corporation

     /s/ Daniel M. Cordis
     One of its attorneys

John R. Landis (IL Bar No. 6237506)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610
312.832.4500 (t)
312.832.4700 (f)

6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, a not-for-profit corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| AUDREY PETERSEN, an individual; ARTHUR PETERSEN, an individual; VAUGHN PETERSEN, an individual; VICTORIA BRISKEY, an individual; VIRGINIA HOENIG, an individual; KENNETH PETERSEN, an individual; and VALERIE FERNANDES, an individual, | ) ) ) ) ) ) ) ) ) | Case No. _____<br><br>The Honorable _____ |
| Defendants. | ) ) | |

**NOTIFICATION OF AFFILIATES AND FINANCIAL
INTERESTS - DISCLOSURE STATEMENT**

The undersigned, counsel of record for Thrivent Financial for Lutherans ("Thrivent"), a not-for-profit corporation, provides the following information in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of this Court:

Thrivent has no parent company and no other entity owns any percentage of it. Further, Thrivent owns all the common stock of Thrivent Financial Holdings, Inc., a downstream holding company. Thrivent Life Insurance Company, Thrivent Financial Bank, Thrivent Investment Management Inc., and Thrivent Insurance Agency, Inc. are wholly-owned subsidiaries of Thrivent Financial Holdings, Inc.

CHIC_1675798.1

Date:  January 4, 2008

Respectfully submitted,

THRIVENT FINANCIAL FOR LUTHERANS, a not-for-profit corporation

_____/s/ Daniel M. Cordis_____
One of its attorneys

John R. Landis (IL Bar No. 6237506)
Daniel M. Cordis (IL Bar No. 6285963)
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, Illinois  60610
312.832.4500 (t)
312.832.4700 (f)

8