**08 C 79**

**JUDGE CASTILLO**
**MAGISTRATE JUDGE ASHMAN**

# EXHIBIT A

208564 N8-03

*Thrivent Financial for Lutherans*



Thrivent Financial for Lutherans

DUPLICATE

DONALD A PETERSEN
JANUARY 12, 1987
06715389

# CERTIFICATE OF MEMBERSHIP AND LIFE INSURANCE

This is a certificate of membership and life insurance with Aid Association for Lutherans. The insurance agreement is stated in Section 1. A table of certificate provisions is shown on page 2. The benefits are specified on page 3A.

This certificate is issued in return for the application and the payment of the first premium.

NOTICE OF TEN DAY RIGHT TO CANCEL CERTIFICATE

READ THIS CERTIFICATE CAREFULLY. This certificate is a legal contract between the owner and AAL. The owner may cancel this certificate by delivering or mailing written notice and this certificate to an AAL district representative or the home office within 10 days of its receipt. When written notice and this certificate are delivered or mailed, cancellation is effective and this certificate will be void from the beginning. Within 10 days after AAL receives written notice and this certificate at its home office, AAL will refund any premium paid.

Signed for Aid Association for Lutherans at the home office, 4321 North Ballard Road, Appleton, Wisconsin 54919.

Secretary                    President

DUPLICATE

- Adjustable life insurance
- Death benefit payable at death of insured before maturity date
- Cash value payable on maturity date
- Adjustable death benefit
- Flexible premiums payable during lifetime of insured until maturity date
- Participating


Thrivent Financial for Lutherans

# TABLE OF CERTIFICATE PROVISIONS

**1. The Insurance Agreement**

**2. Death Benefit and Maturity**
2.1 . . . . . . . . . . . . . . . Death Benefit
2.2 . . . Changing the Specified Amount
2.3 . . . . . . . . . . . . . . . . . Maturity

**3. Premiums**
3.1 . . . . . . . . . . . Premium Payments
3.2 . . . . . . . Continuation of Insurance
3.3 . . . . . . . . . . . . . . Grace Period
3.4 . . . . . . . . . . . . . . Reinstatement

**4. Certificate Values**
4.1 . . . . . . . . . . . . . . . . Cash Value
4.2 . . . . . . . . . . Monthly Deductions
4.3 . . . . . . . . Cost of Insurance Rates
4.4 . . . . . . . Cost of Insurance Charge
4.5 . . . . . . . . . . . . Expense Charges
4.6 . . . . Interest Earned on Cash Value
4.7 . . . . . . . . . . . . . Surplus Refunds
4.8 . . . . . . . . . . Basis of Computations

**5. Withdrawal of Cash Value**
5.1 Complete Withdrawal of Cash Value
5.2 . . Partial Withdrawal of Cash Value

**6. Certificate Loan**

**7. Annual Report**

**8. Payment Options**

**9. Beneficiary**

**10. Filing a Death Claim**

**11. General**
11.1 . . . Incontestability of Certificate
11.2 . . . . . . . . . . . Suicide Exclusion
11.3 . . . . Misstatement of Age or Sex
11.4 . . . . . . Maintenance of Solvency

**12. Membership, Ownership and Assignment**
12.1 . . . . . . . . . . . . . . Membership
12.2 . . . . . . Ownership and Transfer of Ownership
12.3 . . . . . . . . Collateral Assignment

Any benefit riders and a copy of the application follow Section 12.

CERTIFICATE SPECIFICATIONS AMENDMENT
EFFECTIVE DECEMBER 04, 2007


INSURED                          DONALD A PETERSEN
ISSUE DATE                       JANUARY 12, 1987
CERTIFICATE                          06715389


ISSUE AGE AND SEX                56 MALE

SPECIFIED AMOUNT                 $50,000
RISK CLASS                       STANDARD NONSMOKER

PLANNED PERIODIC PREMIUM         $393.04
PLANNED PREMIUM PAYABLE          QUARTERLY

LOAN INTEREST RATE               7.4 PERCENT, OR LESS

DEDUCTION DATE                   DAY 12 OF EACH MONTH
MATURITY DATE                    JANUARY 11, 2031

GUARANTEED MINIMUM RATE          4 PERCENT
OF INTEREST CREDITED TO
CASH VALUE

CERTIFICATE 06715389

CERTIFICATE SPECIFICATIONS (CONTINUED)


CERTIFICATE CHARGES


EXPENSE CHARGE                    NONE

PARTIAL WITHDRAWAL CHARGE         $25 FOR EACH PARTIAL WITHDRAWAL AFTER
                                  THE FIRST IN EACH CERTIFICATE YEAR

PERCENT OF PREMIUM                7.5 PERCENT OF EACH PREMIUM
EXPENSE CHARGE

CERTIFICATE 06715389

MONTHLY GUARANTEED COST OF INSURANCE RATES FOR
EACH $1,000 OF AMOUNT OF INSURANCE AT RISK
STANDARD RISK CLASSES

RATES FOR NONSTANDARD RISK CLASSES ARE DEFINED ON PAGE 3A

| AGE | MALE | FEMALE | AGE | MALE | FEMALE | AGE | MALE | FEMALE |
|-----|------|--------|-----|------|--------|-----|------|--------|
| 0 | $ 0.12 | $ 0.11 | 35 | $ 0.21 | $ 0.19 | 70 | $ 4.31 | $ 3.31 |
| 1 | $ 0.12 | $ 0.11 | 36 | $ 0.23 | $ 0.20 | 71 | $ 4.68 | $ 3.62 |
| 2 | $ 0.12 | $ 0.11 | 37 | $ 0.24 | $ 0.20 | 72 | $ 5.06 | $ 3.96 |
| 3 | $ 0.12 | $ 0.11 | 38 | $ 0.26 | $ 0.21 | 73 | $ 5.45 | $ 4.31 |
| 4 | $ 0.11 | $ 0.11 | 39 | $ 0.28 | $ 0.23 | 74 | $ 5.87 | $ 4.68 |
| 5 | $ 0.11 | $ 0.10 | 40 | $ 0.31 | $ 0.24 | 75 | $ 6.33 | $ 5.06 |
| 6 | $ 0.11 | $ 0.10 | 41 | $ 0.33 | $ 0.26 | 76 | $ 6.84 | $ 5.45 |
| 7 | $ 0.10 | $ 0.09 | 42 | $ 0.36 | $ 0.28 | 77 | $ 7.41 | $ 5.87 |
| 8 | $ 0.10 | $ 0.09 | 43 | $ 0.39 | $ 0.31 | 78 | $ 8.05 | $ 6.33 |
| 9 | $ 0.10 | $ 0.09 | 44 | $ 0.43 | $ 0.33 | 79 | $ 8.75 | $ 6.84 |
| 10 | $ 0.10 | $ 0.09 | 45 | $ 0.46 | $ 0.36 | 80 | $ 9.50 | $ 7.41 |
| 11 | $ 0.10 | $ 0.09 | 46 | $ 0.51 | $ 0.39 | 81 | $10.30 | $ 8.05 |
| 12 | $ 0.11 | $ 0.10 | 47 | $ 0.55 | $ 0.43 | 82 | $11.12 | $ 8.75 |
| 13 | $ 0.11 | $ 0.10 | 48 | $ 0.60 | $ 0.46 | 83 | $11.99 | $ 9.50 |
| 14 | $ 0.12 | $ 0.10 | 49 | $ 0.66 | $ 0.51 | 84 | $12.88 | $10.30 |
| 15 | $ 0.12 | $ 0.11 | 50 | $ 0.72 | $ 0.55 | 85 | $13.83 | $11.12 |
| 16 | $ 0.13 | $ 0.11 | 51 | $ 0.79 | $ 0.60 | 86 | $14.82 | $11.99 |
| 17 | $ 0.14 | $ 0.12 | 52 | $ 0.87 | $ 0.66 | 87 | $15.87 | $12.88 |
| 18 | $ 0.14 | $ 0.12 | 53 | $ 0.95 | $ 0.72 | 88 | $16.99 | $13.83 |
| 19 | $ 0.15 | $ 0.13 | 54 | $ 1.03 | $ 0.79 | 89 | $18.22 | $14.82 |
| 20 | $ 0.15 | $ 0.14 | 55 | $ 1.13 | $ 0.87 | 90 | $19.59 | $15.87 |
| 21 | $ 0.15 | $ 0.14 | 56 | $ 1.24 | $ 0.95 | 91 | $21.13 | $16.99 |
| 22 | $ 0.16 | $ 0.15 | 57 | $ 1.35 | $ 1.03 | 92 | $22.91 | $18.22 |
| 23 | $ 0.16 | $ 0.15 | 58 | $ 1.48 | $ 1.13 | 93 | $24.97 | $19.59 |
| 24 | $ 0.16 | $ 0.15 | 59 | $ 1.62 | $ 1.24 | 94 | $27.47 | $21.13 |
| 25 | $ 0.16 | $ 0.16 | 60 | $ 1.77 | $ 1.35 | 95 | $30.79 | $22.91 |
| 26 | $ 0.16 | $ 0.16 | 61 | $ 1.93 | $ 1.48 | 96 | $36.01 | $24.97 |
| 27 | $ 0.17 | $ 0.16 | 62 | $ 2.11 | $ 1.62 | 97 | $45.62 | $27.47 |
| 28 | $ 0.17 | $ 0.16 | 63 | $ 2.31 | $ 1.77 | 98 | $62.36 | $30.79 |
| 29 | $ 0.17 | $ 0.16 | 64 | $ 2.52 | $ 1.93 | 99 | $83.06 | $36.01 |
| 30 | $ 0.18 | $ 0.17 | 65 | $ 2.76 | $ 2.11 | | | |
| 31 | $ 0.18 | $ 0.17 | 66 | $ 3.02 | $ 2.31 | | | |
| 32 | $ 0.19 | $ 0.17 | 67 | $ 3.31 | $ 2.52 | | | |
| 33 | $ 0.20 | $ 0.18 | 68 | $ 3.62 | $ 2.76 | | | |
| 34 | $ 0.20 | $ 0.18 | 69 | $ 3.96 | $ 3.02 | | | |

CERTIFICATE 06715389

## TABLE OF NONFORFEITURE VALUES

THE VALUES IN THIS TABLE ARE BASED ON THE FOLLOWING ASSUMPTIONS:

- EACH PLANNED PERIODIC PREMIUM IS RECEIVED AS PLANNED,
  UNLESS THE CERTIFICATE BECOMES PAID-UP.

- THE SPECIFIED AMOUNT IS NOT CHANGED.

- GUARANTEED COST OF INSURANCE RATES, THE GUARANTEED RATE OF
  INTEREST, AND THE PLANNED PERIODIC PREMIUM ARE USED IN THE
  CALCULATION OF CASH VALUES.

- NO WITHDRAWALS OR CERTIFICATE LOANS ARE MADE.

| END OF CERTIFICATE YEAR | CASH VALUE | EXTEND TERM INSURANCE YEARS | DAYS |
|---|---|---|---|
| 21 | $ 10226 | 2 | 120 |
| 22 | 8113 | 1 | 240 |
| 23 | 5304 | 1 | 0 |
| 24 | 1608 | 0 | 90 |
| 25 | 0 | 0 | 0 |
| 26 | 0 | 0 | 0 |
| 27 | 0 | 0 | 0 |
| 28 | 0 | 0 | 0 |
| 29 | 0 | 0 | 0 |
| 30 | 0 | 0 | 0 |
| 31 | 0 | 0 | 0 |
| 32 | 0 | 0 | 0 |
| 33 | 0 | 0 | 0 |
| 34 | 0 | 0 | 0 |
| 35 | 0 | 0 | 0 |
| 36 | 0 | 0 | 0 |
| 37 | 0 | 0 | 0 |
| 38 | 0 | 0 | 0 |
| 39 | 0 | 0 | 0 |
| 40 | 0 | 0 | 0 |

CERTIFICATE AMENDMENT

THRIVENT FINANCIAL FOR LUTHERANS

CERTIFICATE NUMBER 06715389


IF YOU HAVE ANY QUESTIONS OR CONCERNS REGARDING YOUR CERTIFICATE, YOU SHOULD DISCUSS THEM WITH YOUR REPRESENTATIVE OR WRITE TO MEMBER RELATIONS, THRIVENT FINANCIAL FOR LUTHERANS, 4321 N. BALLARD ROAD, APPLETON, WISCONSIN 54919. SECTION 143C OF THE ILLINOIS INSURANCE CODE REQUIRES US TO GIVE YOU THE ADDRESS OF THE ILLINOIS DEPARTMENT OF INSURANCE. IT IS ILLINOIS DEPARTMENT OF INSURANCE, CONSUMER SERVICES SECTION, SPRINGFIELD, ILLINOIS 62767.

A-13L

# 1. THE INSURANCE AGREEMENT

This certificate is your contract of life insurance issued by Aid Association for Lutherans (AAL).

Wherever the words "you" or "your" appear in this certificate, they mean the owner of this certificate.

Wherever the words "certificate anniversary" appear in this certificate, they mean the anniversary of the issue date of this certificate.

Wherever the words "home office" appear in this certificate, they refer to AAL's office located at 4321 North Ballard Road, Appleton, Wisconsin 54919.

The entire insurance agreement between you and AAL consists of this certificate and the attached application; any benefit riders, endorsements or amendments added later; and the Articles of Incorporation and Bylaws of AAL. Any changes made to the Articles of Incorporation or Bylaws after this certificate is issued will not reduce the benefits AAL promises to pay.

This certificate provides insurance on the life of the person named as the insured on page 3A. AAL will pay the death benefits when the insured dies if this certificate is in effect at the time of death. Proof that the insured has died must be sent to the home office. AAL also will pay other benefits as they appear in this certificate.

The statements made in the application will be treated as representations and not warranties. AAL will not use any statements made by the applicant or the insured to deny that this is a valid contract or to deny a claim, unless the statement appears in the application.

No one but the president or the secretary of AAL may modify or waive any part of this certificate on behalf of AAL.

# 2. DEATH BENEFIT AND MATURITY

## 2.1 DEATH BENEFIT

The death benefit payable when the insured dies is the specified amount shown on page 3A.

However, if the cash value exceeds the paid-up cash value, as defined in Section 4.1, the death benefit will be:

The specified amount shown on page 3A; times

The cash value on the last deduction date divided by the paid-up cash value on the last deduction date.

Any certificate loan and unpaid interest will be deducted from the death benefit payable.

## 2.2 CHANGING THE SPECIFIED AMOUNT

You may apply for an increase or a decrease in the specified amount any time after this certificate has been in effect for more than one year. AAL will provide a form for you to use.

If the change is an increase, AAL may require proof of insurability. If the increase is approved, it will be effective on the deduction date shown on the new page 3A. If you are not the insured, AAL may require proof of insurable interest.

If the change is a decrease, it will be effective on the next deduction date after the request is received at the home office, or on the deduction date if the request is received that day. The decrease will be subtracted first from any previous increases in the specified amount, starting with the most recent, and then from the original specified amount. You may not decrease the specified amount below the minimum required by AAL.

## 2.3 MATURITY

If the insured is still living on the maturity date shown on page 3A, this certificate will terminate and AAL will pay you the cash value minus any certificate loan and unpaid loan interest.

4120

# 3. PREMIUMS

### 3.1 PREMIUM PAYMENTS

Premiums may be paid at any time and in any amount, subject to restrictions described below. If premium payments are not sufficient to maintain a cash value larger than the monthly deduction amount, your insurance coverage may terminate.

The amount and frequency of the planned periodic premium you have selected are shown on page 3A. You may change the amount and frequency at any time; however, AAL reserves the right to limit increases in the amount of the planned periodic premium.

Premium payments larger or at different times than the planned periodic premium may be made at any time; however, AAL reserves the right to limit the number and amount of such premium payments.

AAL reserves the right not to accept that part of any premium payment that results in the cash value exceeding the paid-up cash value as defined in Section 4.1. AAL also reserves the right not to accept premium payments whenever the cash value exceeds the paid-up cash value.

### 3.2 CONTINUATION OF INSURANCE

If you stop paying premiums, the insurance coverage will continue to be in effect until the cash value (minus any certificate loan and unpaid interest) is not large enough to pay a monthly deduction. This certificate may then terminate according to the terms of the Grace Period section of this certificate.

### 3.3 GRACE PERIOD

A grace period will begin on a deduction date if the cash value (minus any certificate loan and unpaid interest) is less than the amount of the deduction called for. The cash value, if any, will be applied to the deduction amount. If the unpaid deductions are not paid for two more deduction dates, this certificate will terminate on the second such deduction date. When you pay a premium during the grace period, the premium is used first to pay deduction amounts past due. Any remaining premium amount is then added to the cash value.

AAL will send a written notice to you at least 30 days before this certificate will terminate, informing you of the steps necessary to prevent the termination. During the grace period this certificate will continue to be in effect.

### 3.4 REINSTATEMENT

You may reinstate this certificate any time within three years from the date it terminated if it was not terminated by the withdrawal of its cash value. AAL will provide a form for you to use. Reinstatement will be approved if you do the following:

Submit evidence of insurability satisfactory to AAL; and

Pay a premium sufficient to keep the certificate in effect for two months; and

Repay or reinstate any certificate loan and unpaid interest existing at the time of termination.

The premium paid upon reinstatement will be used first to pay any unpaid monthly deductions that occurred during the grace period. Your certificate will then be reinstated on the next monthly deduction date following AAL's approval.

# 4. CERTIFICATE VALUES

## 4.1 CASH VALUE

On the issue date of this certificate the cash value is 92.5 percent of the first premium, less the monthly deductions deducted on that date.

Cash value will increase by the amount of premiums paid and interest earned.

Cash value will decrease by the amount of the monthly deduction for expense charges, costs of insurance and charges for additional benefits. Partial withdrawals also will decrease your cash value.

This certificate may become paid-up. It is paid-up when the cash value is equal to or greater than the paid-up cash value. The paid-up cash value is the amount of cash value that is large enough to keep the specified amount shown on page 3A in effect to the maturity date shown on page 3A without payment of any more premiums. The paid-up cash value is based on the guaranteed cost of insurance rates and the guaranteed interest rate. The cost of any additional benefit riders is not provided for in the paid-up cash value.

## 4.2 MONTHLY DEDUCTIONS

Each month on the deduction date shown on page 3A, AAL will deduct from the cash value of this certificate the following:

The cost of insurance charge; and
The cost of any benefit riders attached to this certificate; and
Any expense charges in effect.

As long as the cash value (minus any certificate loan and unpaid interest) is large enough to meet these deductions on each deduction date, this certificate will remain in effect.

## 4.3 COST OF INSURANCE RATES

The guaranteed cost of insurance rates are shown in the table on page 3B. AAL can not use cost of insurance rates higher than the guaranteed rates. The cost of insurance rate for the initial specified amount and each increase in the specified amount is based on the insured's sex; age on the last certificate anniversary; and risk class shown on page 3A associated with the initial specified amount and each increase in specified amount.

## 4.4 COST OF INSURANCE CHARGE

The cost of insurance charge is calculated on each deduction date for the next month. The cost of insurance charge is the cost of insurance rate applied to the amount of insurance at risk. The amount of insurance at risk is:

The death benefit on the deduction date; less
The cash value on the deduction date times 1.0032737.

(The factor of 1.0032737 increases the cash value by one month's interest at a 4 percent annual rate.)

The cost of insurance charge is calculated separately for the initial specified amount and each increase in the specified amount.

## 4.5 EXPENSE CHARGES

The expense charge shown on page 3A will be deducted from the cash value.

Also, an expense charge of 7.5 percent will be deducted from each premium paid.

## 4.6 INTEREST EARNED ON CASH VALUE

AAL will pay you interest on the cash value. AAL guarantees that this rate of interest will never be less than 4 percent annually. The interest earned will be credited daily and compounded monthly. If you have a certificate loan AAL will pay you a rate of interest on the loan amount less than that being paid on the remaining portion of the cash value, but never less than 4 percent.

## 4.7 SURPLUS REFUNDS

This is a participating certificate. That is, you will share in any surplus refunds declared by the AAL Board of Directors for this certificate. Refunds will be added to your cash value on the anniversary of the issue date of this certificate unless you request payment in cash. AAL does not expect that surplus refunds will be declared.

## 4.8 BASIS OF COMPUTATIONS

Minimum cash values are calculated using the Commissioner's 1958 Standard Ordinary Mortality Table, with interest at the rate of 4 percent.

A detailed statement of the method of calculating cash values has been filed with the jurisdiction this certificate was delivered in, and the values equal or exceed the minimum values required.

# 5. WITHDRAWAL OF CASH VALUE

### 5.1 COMPLETE WITHDRAWAL OF CASH VALUE

You may withdraw all of the cash value of this certificate by sending a written request to the home office. AAL will provide a form for you to use. If there is a certificate loan on the cash value at the time of the request, the loan amount and unpaid interest will be subtracted from the amount payable. A complete withdrawal of the cash value will terminate this certificate on the date the request is received at the home office. AAL has the right to delay paying the cash value for up to six months after your request for a complete withdrawal is received.

### 5.2 PARTIAL WITHDRAWAL OF CASH VALUE

You may withdraw part of the cash value upon written request. AAL will provide a form for you to use. A charge of $25 will be deducted for each partial withdrawal after the first one in any one certificate year.

The specified amount will be reduced by the amount of the cash value withdrawn. If the specified amount falls below the minimum allowed by AAL, the certificate will terminate.

AAL has the right to delay paying the amount withdrawn for up to six months after your request is received.

# 6. CERTIFICATE LOAN

You may obtain a loan on the security of this certificate upon written request. AAL will provide a form for you to use. The maximum amount you may borrow is the cash value less any existing loan and unpaid interest and less interest that must be paid in advance on the new loan amount. AAL has the right to delay paying the loan amount to you for up to six months after your request for a loan is received. You cannot obtain a loan if your certificate is in the grace period.

The interest rate AAL will charge you on the certificate loan is shown on page 3A. The interest will be due in advance on each certificate loan anniversary date. Interest not paid when due will be added to the loan.

You may repay a loan in part or in full at any time. Loan repayments should be identified as repayments so that they will not be applied as premium payments.

# 7. ANNUAL REPORT

AAL will send a report to you each year that will provide important information about this certificate's activity during the previous year. Included in the report will be the current cash value, the cash value on the date of the last report, the amount of certificate loan and loan interest, and the rate of interest being paid on the cash value. Also included in the report will be the total amounts since the date of the last report for each of the following: premiums paid; interest earned; expense charges; partial withdrawals; cost of insurance charges; and the cost of any benefit riders.

# 8. PAYMENT OPTIONS

Upon written request, AAL will apply all or part of the proceeds payable under this certificate to any one or more of the payment options listed below, except that partial withdrawals may not be applied to option 2 -- Proceeds Left at Interest.

If a payment option other than cash is chosen, AAL will issue a payment contract to the person named to receive payments.

Except for the cash option, the minimum amount that may be applied to any payment option is $1,000. AAL will make the first payment one month after the issue date of the payment contract. If payments under any payment option become $25 or less, AAL will pay the remaining cash value of the option in one payment. The payment contract will then terminate.

You may choose a payment option while the insured is alive. However, a different payment option may be chosen by the beneficiary at the insured's death, unless you have chosen an option which does not allow the beneficiary to change it.

A choice or change of a payment option must be sent to AAL using a form provided by AAL.

The options are:

1. **Cash**

2. **Proceeds Left at Interest**
    The proceeds will earn interest until withdrawn. AAL will pay interest on the proceeds at a rate of at least 3 percent per year. The rate of interest may be increased as determined annually by the AAL Board of Directors. Interest may be paid in cash periodically or may be left with AAL to accumulate.

3. **Payment for Chosen Length of Time**
    The proceeds are used to make periodic payments for a chosen length of time, not to exceed 30 years.
    Guaranteed payments are shown in the table for this option. The amount of payments may be increased as determined annually by the AAL Board of Directors. The unpaid proceeds may be withdrawn at any time.

4. **Payment for Life with Guaranteed Number of Years**
    The proceeds are used to make periodic payments while the payee is alive. AAL will guarantee these payments for a chosen number of years. If the payee dies within the guaranteed period, payments either may be continued to a successor payee to the end of the period or withdrawn in one amount for the then current value. If there is no successor payee, payments become an asset of the payee's estate.
    The amount of the payments depends on the age and sex of the payee at the time AAL issues the payment contract.
    Guaranteed payments are shown in the table for this option. The amount of payments may be increased as determined annually by the AAL Board of Directors.
    AAL will make payments at the nonguaranteed life income rates being used by AAL at the time proceeds are applied, if the payments would be larger than those guaranteed in this certificate. These nonguaranteed life income rates will be at least 3 percent greater than the rates for comparable immediate annuities then being issued by AAL.

5. **Payment for Joint Life and Two-Thirds to Survivor with Guaranteed Number of Years**
    The proceeds are used to make periodic payments while both payees are alive. AAL will guarantee these payments for a chosen number of years. Upon the death of one payee, AAL will continue making payments to the surviving payee, with the payments reduced by one-third after the guaranteed period. If both payees die within the guaranteed period, the payments either may be continued to a successor payee to the end of the period or withdrawn in one amount for the then current value. If there is no successor payee, payments become an asset of the payee's estate.

4122

The amount of the payments depends upon the age and sex of the payees at the time AAL issues the payment contract. AAL will furnish information on request as to the amount of such payments. AAL will make payments at the nonguaranteed joint life income rates being used by AAL at the time the proceeds are applied, if the payments would be larger than those guaranteed in this certificate. These nonguaranteed joint life income rates will be at least 3 percent greater than the rate for comparable immediate annuities then being issued by AAL.

## OPTION 3
### MONTHLY PAYMENTS FOR EACH
### $1,000 OF PROCEEDS

| No. of Yrs. | Mo. Paymt. | No. of Yrs. | Mo. Paymt. | No. of Yrs. | Mo. Paymt. |
|---|---|---|---|---|---|
| 1 | $84.68 | 11 | $8.88 | 21 | $5.33 |
| 2 | 42.96 | 12 | 8.26 | 22 | 5.16 |
| 3 | 29.06 | 13 | 7.73 | 23 | 5.00 |
| 4 | 22.12 | 14 | 7.28 | 24 | 4.85 |
| 5 | 17.95 | 15 | 6.89 | 25 | 4.72 |
| 6 | 15.18 | 16 | 6.54 | 26 | 4.60 |
| 7 | 13.20 | 17 | 6.24 | 27 | 4.49 |
| 8 | 11.71 | 18 | 5.98 | 28 | 4.38 |
| 9 | 10.56 | 19 | 5.74 | 29 | 4.28 |
| 10 | 9.64 | 20 | 5.53 | 30 | 4.19 |

## OPTION 4
### MONTHLY PAYMENTS FOR LIFE FOR EACH
### $1,000 OF PROCEEDS

Age of Payee on Date of Paymt. Contract — Guaranteed No. of Yrs.

| Male | Female | 10 Yrs. | 15 Yrs. | 20 Yrs. |
|---|---|---|---|---|
| 50 | 55 | $4.75 | $4.70 | $4.63 |
| 51 | 56 | 4.82 | 4.76 | 4.68 |
| 52 | 57 | 4.89 | 4.83 | 4.74 |
| 53 | 58 | 4.97 | 4.90 | 4.79 |
| 54 | 59 | 5.05 | 4.97 | 4.85 |
| 55 | 60 | 5.13 | 5.04 | 4.91 |
| 56 | 61 | 5.22 | 5.12 | 4.97 |
| 57 | 62 | 5.31 | 5.20 | 5.04 |
| 58 | 63 | 5.41 | 5.28 | 5.10 |
| 59 | 64 | 5.51 | 5.37 | 5.16 |
| 60 | 65 | 5.62 | 5.46 | 5.23 |
| 61 | 66 | 5.73 | 5.55 | 5.29 |
| 62 | 67 | 5.85 | 5.64 | 5.36 |
| 63 | 68 | 5.98 | 5.74 | 5.42 |
| 64 | 69 | 6.11 | 5.84 | 5.48 |
| 65 | 70 | 6.25 | 5.94 | 5.54 |
| 66 | 71 | 6.39 | 6.04 | 5.60 |
| 67 | 72 | 6.54 | 6.15 | 5.65 |
| 68 | 73 | 6.70 | 6.25 | 5.70 |
| 69 | 74 | 6.86 | 6.35 | 5.75 |
| 70 | 75 | 7.03 | 6.45 | 5.80 |
| 71 | 76 | 7.20 | 6.54 | 5.84 |
| 72 | 77 | 7.37 | 6.64 | 5.87 |
| 73 | 78 | 7.55 | 6.73 | 5.90 |
| 74 | 79 | 7.73 | 6.81 | 5.93 |
| 75 | 80 | 7.91 | 6.89 | 5.95 |

## 9. BENEFICIARY

A beneficiary designation may be changed at any time. The Bylaws of AAL describe the persons and organizations who are eligible to be beneficiaries. In order for the change to be valid, it must be in writing and signed by you; mailed or delivered to the home office or to an AAL district representative before the insured dies; and approved by AAL. The change will be effective on the date it was signed or, if no date appears on the designation, on the date it was mailed or delivered to the home office or to an AAL district representative. AAL will provide a form for you to use.

Beneficiaries are designated as first, second, and third class. You may designate more than one person or organization in the same class. Unless you indicate otherwise, the proceeds payable when the insured dies will be paid as follows:

Equally to the beneficiaries in the first class who survive the insured. If none survives the insured, then
Equally to the beneficiaries in the second class who survive the insured. If none survives the insured, then
Equally to the beneficiaries in the third class who survive the insured.

AAL will pay the proceeds to your estate if you are the insured and upon your death no beneficiary has been designated or survives you.

AAL will pay the proceeds to you if you are not the insured and upon the death of the insured no beneficiary has been designated or survives the insured.

If some person other than the insured has control of this certificate, only those persons described by AAL's rules are eligible to be designated as beneficiaries.

AAL is not responsible for any action taken on this certificate that is inconsistent with a change of beneficiary before the change is received at the home office.

If a beneficiary dies at the same time as the insured, or within 15 days after the insured dies but before the death benefits are paid, the interest of that beneficiary terminates.

## 10. FILING A DEATH CLAIM

Help with filing a death claim may be obtained through your AAL district representative. A claim for the death benefit is made by sending a completed claim form and a certified copy of the death certificate to the home office.

4123

# 11. GENERAL

## 11.1 INCONTESTABILITY OF CERTIFICATE

AAL will not contest the validity of this certificate after it has been in effect for two years from the issue date if the insured has not died during that time. Any incontestability provision that appears in a benefit rider will apply only to that rider.

If an increase in the specified amount requires proof of insurability, AAL will not contest the validity of the increase after it has been in effect for two years from the date of increase if the insured has not died during that time.

If you reinstate this certificate, AAL will not contest the validity of the reinstated certificate after it has been in effect for two years from the date of reinstatement if the insured has not died during that time.

## 11.2 SUICIDE EXCLUSION

If the insured commits suicide, while sane or insane, within 1 year of the issue date, AAL will refund all premiums paid without interest. If there is a certificate loan and unpaid interest, or if any partial withdrawals have been taken, such amounts will be subtracted from the premiums refunded. No other benefit will be paid. Should a different suicide provision appear in any benefit rider, it will apply only to that rider.

If the insured commits suicide, while sane or insane, within 1 year from the date of an increase in the specified amount that increases the death benefit payable, AAL will refund the cost of insurance charges deducted for the increase, without interest. The increase in the death benefit will not be paid.

A refund under this section will be paid to the beneficiary according to the Beneficiary section of this certificate.

## 11.3 MISSTATEMENT OF AGE OR SEX

The values of this certificate are based on the insured's age and sex. If the date of birth or sex shown on the application is incorrect, AAL will adjust the proceeds payable to conform to the correct date of birth or sex.

## 11.4 MAINTENANCE OF SOLVENCY

If AAL's reserves for any class of certificates become impaired, the AAL Board of Directors may require benefit members to pay AAL an equitable amount to eliminate the deficiency. If the amount is not paid, it will be charged as a loan against this certificate with interest at a rate of 5 percent per year. An equivalent reduction in benefits instead of or in combination with the loan may be chosen.

# 12. MEMBERSHIP, OWNERSHIP AND ASSIGNMENT

### 12.1 MEMBERSHIP

The person who applied for this certificate is a benefit member of AAL. Membership can not be transferred. The rights and benefits of membership are stated in the Articles of Incorporation and Bylaws of AAL.

### 12.2 OWNERSHIP AND TRANSFER OF OWNERSHIP

The person who applied for this certificate is the owner, unless ownership has been transferred. You, the owner, may exercise all of the rights of ownership.

You may transfer ownership to another person or organization by absolute assignment or by designation of a successor owner. AAL will provide forms for the transfer of ownership. The transfer must be approved at the home office before it is valid. Once approved, it will be effective on the date the transfer was signed or on the date it was received at the home office if no date appears on the transfer. A transfer of ownership will be subject to any payment made or action taken by AAL before the transfer is received at the home office.

If you are not the insured and you die before the insured dies, and if you have not designated a successor owner, the ownership of this certificate will pass to your estate.

### 12.3 COLLATERAL ASSIGNMENT

You may assign this certificate as collateral. The assignment must be in writing. AAL is not responsible for the validity of the assignment or for any action taken on this certificate that is inconsistent with the assignment before it is received at the home office.

Any loan obtained on the cash value of this certificate before a collateral assignment is made has priority over the collateral assignment. The interest of any beneficiary will be subject to the collateral assignment.

Sep 12 04 10:35a    PETERSEN BUILDING    P.2
08/30/2004  16:43  6303229965    THRIVENT FINANCIAL    PAGE 02/02

## Beneficiary Designation - Common



Thrivent ID
500851093

This beneficiary change is subject to the provisions printed on 307B, page 2.

Contract number(s)  6715389

Check one:  ☒ Base Insured/Annuitant    ☐ Child Rider (one designation applies for all children under a child rider)
☐ Term Life Insurance Rider    ☐ Second Insured/Annuitant (spouse rider, joint life/annuity contract)

Name of insured/annuitant/payee (print title, first, middle, last name and suffix, as applicable)
DONALD ALLEYNE PETERSEN

List full name, relationship, address and Social Security number for each beneficiary.

Primary Beneficiary  VALERIE FERNANDES —

KENNETH PETERSEN –

VIRGINIA HOENIG —

VICTORIA BRISKEY –

VAUGHN PETERSEN            ARTHUR PETERSEN –

First Contingent Beneficiary

Children ↑ per tax cover sheet
(attached) LK 9.14.04

Second Contingent Beneficiary

Signature of owner/controller and date signed (mm/dd/yyyy)

Donald J. Petersen  9/7/04

Print name of financial associate
MICHAEL PAUKSTIS

Signature of witness and date signed (mm/dd/yyyy)

Elizth A. Toerge  9-7-04

Thrivent Financial approval    LIZ ROMENESKO

SEP 14 2004

To be read by present owner - Consent of spouse in community/marital property states (AZ, CA, ID, LA, NV, NM, TX, WA, WI) or where required, may be required for designation of someone other than a spouse. It is your responsibility to determine whether consent is needed based upon the community/marital property laws in your state. If consent is needed and not obtained, this beneficiary designation may be contested.

Signature of spouse and date signed (mm/dd/yyyy)

Return copy of form to:
☐ Financial associate    ☒ Owner/Controller

This form may be used for Lutheran Brotherhood Variable Insurance Products Company (Minneapolis, MN 55415), a wholly owned subsidiary of Thrivent Financial for Lutherans.

Please print below.

Name of owner/controller
DONALD A. PETERSEN

Street or RR and box number
3528 HOLLYWOOD AVE.

City
BROOKFIELD

State  ZIP code
ILL. 60513

**Thrivent Financial for Lutherans**
4321 N. Ballard Road, Appleton, WI 54919-0001

307B  R7-03    Page 1

# Horizon Service Request

**Complete one form per certificate**

For H.O. Use — Membership Number: 0 0 / 0 / – 7 2 – 0 5 3

| Name of insured (as name currently appears on AAL records) | Branch number | Certificate number | Today's date |
|---|---|---|---|
| Donald A. Petersen | 663 | 6715389– | 2-2-98 |

| Church name | Church body | Church number |
|---|---|---|

| Social Security number of insured • | Social Security number of owner if other than insured • |
|---|---|

## Direct Bill

☐ Effective with the _____ (always complete) due date, _____
   ☐ Change premium billing amount to $ _SUGGESTED_  ☒ Quarterly ☐ Semi-annually ☐ Annually
   ☐ No bill

## Family Bill

☐ Effective with the _____ (always complete) due date, _____
   ☐ Change premium billing amount to $ _____ ☐ Quarterly ☐ Semi-annually ☐ Annually
   ☐ Establish family billing account for the above certificate number for $ _____
   ☐ Add above certificate number to family billing account number _____ for $ _____
   ☐ Delete above certificate number from family billing account number _____
☐ Billing Indexing Option added, reduced, changed to: Fixed Rate _____ % CPI _____ %

## MCA

☐ Effective with the _____ (mo/day/year) withdrawal,
   ☐ Establish a new MCA for the above certificate number. Complete an MCA Worksheet/Account Owners Agreement (6568), and include a blank check marked "Void". No 6568 or void check is needed if there is an active MCA from the same financial institution. Monthly premium amount is $ _____
   ☐ Add the above certificate number to existing MCA # _____ with a monthly premium amount of $ _____
   ☐ Change the monthly premium amount to $ _____
   ☐ Add monthly loan repayment of $ _____ to existing MCA # _____ for the above certificate number.
   Note: Loan repayment through MCA is available only when premiums for the same certificate are paid through the same MCA.
   ☐ Change the monthly loan repayment amount to $ _____
After the _____ (month) withdrawal,
   ☐ Delete the above certificate from MCA. Change billing interval to ☐ Quarterly ☐ Semi-annually ☐ Annually ☐ No bill
   ☐ Delete loan repayment for the above certificate from MCA. Change loan billing interval to ☐ Direct month ☒ (Minimum is $15 per certificate.) ☐ Quarterly ☐ Semi-annually ☐ Annually ☐ Do not send loan billings. (Interval selected must be the same as the premium interval except "Direct Monthly".)
☐ Effective in _____ (month), change the MCA withdrawal date to _____. (Use 1 to 28 only.)

## Certificate Change

☐ Indexing Benefit Rider for Specified Amount Reduced: Fixed Rate _____ % CPI _____ (On indexing benefits issued prior to 3-1-88).
☐ Indexing Benefit Cancelled for ☐ Specified Amount ☐ Billed Premium
   Note: Is the indexed amount for the current year being rejected under the Free Look Option? ☐ Yes ☐ No
☐ Periodic Needs Review changed to: Cycle Years ① ② ③. Date of Review _____.
☐ Reduce Specified Amount to _____. (Date of delivery if change is requested upon delivery _____.)
☐ Cancel: ☐ AD ☐ DW ☐ AW ☐ GPO ☐ LCB
☐ Change to Death Benefit Option ① ②
☐ Reduce: ☐ AD _____ ☐ GPO _____
☒ Has the insured covered person smoked cigarettes in the past year? ☐ Yes ☒ No
   Date last smoked 12-22-96 (mo/year) Signature of insured is required to change to nonsmoker.
☐ Guaranteed Purchase Option (GPO) on certificate number _____ is to be exercised.
   Amount of additional insurance $ _____. If the guaranteed purchase option being exercised is not a regular contractual option, I hereby waive my right to exercise the next available regular option described in the certificate identifed above.
   Type of GPO: ☐ Regular ☐ PNR ☐ Alternate for one of the following events:
   ☐ Insured's marriage on _____. ☐ Birth of a child to the insured on _____.
   ☐ The legal adoption of a child by the insured on _____.
If AD is on existing certificate, is AD on Horizon to be increased? ☐ Yes - Amount of AD increase _____. ☐ No.

---

**\* I certify under penalties of perjury, that the taxpayer identification number shown above is correct.**

✗ _Donald A. Petersen_
  Donald    Signature of insured

_____
    Signature of owner

( ) _____
    Telephone number

Signed at: _____
    City/State

Mail to: ☐ DR ☐ Member

| For Representative Use | ☐ Contact ctf. owner for additional information |
|---|---|
| Area code/Telephone number | Best time to call (CT) |
| ( ) | |
| Representative's code stamp/Folio number | |

_____
    Signature of DR

# EXHIBIT B



# DuPage County Health Department
## Central Office
### 111 North County Farm Road
### Wheaton, Illinois 60187

**STATE OF ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

VOID VOID VOID VOID VOID VOID VOID VOID CERTIFIED

This is to certify that this is a true and correct copy of the official record filed with the Illinois Department of Public Health.

Not valid without the embossed seal of DuPage County Health Department.

Local Registrar

# EXHIBIT C

**APPLICATION FOR**
**ADJUSTABLE LIFE WITH Aid Association for Lutherans . Appleton, Wisconsin 54919**
**A FRATERNAL BENEFIT SOCIETY**

*Insert this page under the tab on the*
*Application for Insurance (form 8008)*

☐ New Business · AAL Ctf. No. — if any `2 6 3 9 5 4 5`  ☒ Certificate Change/Exchange

Ctf. No. to be changed/ exchanged `2 6 3 9 5 4 5`

Name of present or proposed insured

`D O N A L D   A   P E T E R S E N`

List add'l ctfs. in special requests area.

Is this Adjustable Life insurance intended to replace or change any insurance or annuities now in force?...... ☐ Yes ☒ No
If "yes" complete replacement requirements.
Is 1035 desired? ............................ ☐ Yes ☒ No

DR code stamp

Folio No.

**BENEFITS**

| Specified amount | Is DW desired? | AD amount | GPO amount | Is AW desired? |
|---|---|---|---|---|
| `50,000` | ☐ Yes ☒ No | `N/A` | `N/A,000` | ☐ Yes ☒ No |

Indexing rider annual increase:
Fixed rate %: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9
Consumer price index %: ☐100 ☐75 ☐50

Note: Answer to question 7, section C determines smoker/nonsmoker rates.

**PREMIUM BILLING**

Initial premium paid (Amount remitted with app) `0.00`
Planned periodic premium (Amount of each billing) `75.00`

Premium interval
☒ Quarterly · Monthly
Semi-annually · Annually
Government allotment
MCA-M
Add to Horizon account no.

Premium paid by
☐ Check ☐ Surplus
☐ Cash ☒ Other exch.
cashvalue

Family bill with (Adjustable Life ctfs. only)
Name _____ Certificate No. _____

Billing increase rate:
Fixed rate %: ☐1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9
or check here ☐ for same percentage increase as for specified amount (use only when CPI indexing rider is included)

First MCA PAC expected _____

**PERIODIC NEEDS REVIEW**

Date of next review _____
Time period between reviews ☐1 ☐2 ☒ years

Check one: ☐ Juvenile application (available at issue ages 0-15) ☐ Third party application (available at issue ages 0 and up)
Name of applicant (first, middle initial, last)  (Third party insurance not available in New York)

| | | | | | | | | | | | | | | | | | | | | | | | | |

Street address or R.R. and Box No. (complete only if different than proposed insured)

| | | | | | | | | | | | | | | | | | | | | | | | | |

City _____ State _____ ZIP Code _____

Sex _____  Date of birth (mo. day yr.) _____  Age _____  Social Security No. _____

Complete if juvenile application:
Is proposed insured dependent on applicant for support and maintenance? ☐ Yes ☐ No
Is proposed insured a member of applicant's household? ☐ Yes ☐ No

Applicant's total amount of life insurance with all insurers

_As a result of exchange, AN ESTIMATED $720 will be subject to taxation this year (1986) and be reportable to the I.R.S. (See attached form 8008AV #68 for details on Endowment cert. #1134812)_

THIS AUTHENTIC COPY OF THE RECORD ACQUIRED IN THE REGULAR COURSE OF BUSINESS WAS MICROFILMED. ORIGINAL RECORD DESTROYED.    CONFIDENTIAL AND PROPRIETARY

**APPLICATION FOR MEMBERSHIP WITH**    Aid Association for Lutherans ● Appleton, Wisconsin 54919
**A FRATERNAL BENEFIT SOCIETY**

**Purpose:** If a new member, this is an application for membership in an AAL branch. If currently an AAL member, this information will be needed to update church and branch information.

**Instructions:**
1. If proposed insured is issue age 0-15 and this application is intended for juvenile benefit membership resulting in adult membership at insurance age 16:
   a. Give church information relating to church where juvenile is being reared, and
   b. Answer this question:

   > Is one parent or guardian a member of a Lutheran congregation? ☐ Yes ☐ No (If no, explain basis of eligibility)

2. If proposed insured is issue age 16-up and is or will be an adult benefit member:
   a. Give church information relating to proposed insured, or
   b. If eligibility is based on spouse's church and AAL membership, give spouse's church information and AAL certificate number.
3. If a third party application, applicant is or will be an adult benefit member. Give applicant's church information.

| Name DONALD A. PETERSEN | AAL certificate number 26-39545 | Branch number 663 |
|---|---|---|
| Church membership ST. PAUL | Church body MD | Church number 9999 |
| Pastor Walter Otten | City Brookfield | State IL |

4. Complete the override information if you are the servicing representative but not the DR of the branch listed above.

| Service override number | Reason for override |
|---|---|
| | |

8008

**APPLICATION FOR INSURANCE WITH** Aid Association for Lutherans ᴹ ● Appleton, Wisconsin 54919
**A FRATERNAL BENEFIT SOCIETY**

Is applicant a member of Aid Association for Lutherans (AAL)? ☒ Yes ☐ No  If not, apply for membership.

**INFORMATION ON PROPOSED INSURED    COMPLETE FOR ALL APPLICATIONS**

Name (first, middle initial, last)

| D | O | N | A | L | D | | A | | P | E | T | E | R | S | E | N | | | | | | | |

Marital status: ☐ Single  ☒ Married

Former last name(s):

Relationship to applicant: SELF

Area code/telephone no.

| 3 | 1 | 2 | 4 | 5 | 5 | 6 | 8 | 4 | 6 |

Best time to call (Central Time): 1:30 pm

State of birth: ILL

Mail certificate to: ☒ DR  ☐ Member

List inforce or pending life, annuity, and health insurance for each proposed insured and covered person. If none, please indicate in appropriate section.

| Insured | Spouse | Children | Company and policy number | Year issued | None (✓) | LIFE/ANNUITY Plan | Amt. | Yes/No AD | PW | None (✓) | DISABILITY Elim. period | Benefit period | Mo. amt. | None (✓) | MEDICAL Ded. | DRM | Max. amt. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | | | AAL 1134817 | '61 | | E85 | 6,000 | Yes | Yes | | | | | | | ( | |
| ✓ | | | AAL 2639545 | '78 | | WL | 2310 | Yes | Yes | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

**COMPLETE IF PROPOSED INSURED IS A NEW MEMBER OR IF OUR EXISTING RECORDS NEED TO BE CHANGED**

Street address or R.R. and Box No.

| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

City: 

State: 

ZIP Code: 

Sex: M

Date of birth (mo.-day-yr.): 09-05-30

Age: 56

Social Security No.

8008

Page 3

THIS AUTHENTIC COPY OF THE RECORD ACQUIRED IN THE REGULAR COURSE ... ORIGINAL RECORD DESTROYED.    CONFIDENTIAL AND PROPRIETARY

## SECTION C COMPLETE FOR ALL PERSONS PROPOSED FOR COVERAGE
### DECLARATION OF INSURABILITY TO AAL REPRESENTATIVE

**1.** PROPOSED INSURED

| | Height | Weight | Wt. lost past yr. | Cause |
|---|---|---|---|---|
| | 6'1" | 215 | — | — |

Name and address of physician or medical facility which has your medical records (If none, please state)

DR. R. Mejvani   Brookfield, IL
3650 Grand Blvd.   60513

Date and reason last consulted
4/86  Cold:

Treatment or medication prescribed
Anti-biotic Temporary (10 days)

Proposed insured's present occupation and duties.
Carpenter

| FAMILY RECORD | Age if living | AAL member? Yes | AAL member? No | Age at death | Cause of death | | Age if living | AAL member? Yes | AAL member? No | Age at death | Cause of death |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Father | | | ✓ | 78 | Heart attack | Brothers and Sisters | | | ✓ | 18 | Korean War |
| Mother | | | ✓ | 72 | Stroke | | 61 | | ✓ | | |

**2.** PROPOSED COVERED PERSON — SPOUSE

| | Height | Weight | Wt. lost past yr. | Cause |
|---|---|---|---|---|
| | | | | |

Name and address of physician or medical facility which has your medical records (If none, please state)

Date and reason last consulted

Treatment or medication prescribed

Spouse's present occupation and duties. (For health applications only)

**3.** PROPOSED COVERED PERSON — CHILDREN.

| First name | Height | Weight | First name | Height | Weight | First name | Height | Weight |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Provide details to "Yes" answers at end of section C.

Has any proposed covered person

| | Proposed insured Yes No | Spouse Yes No | Children Yes No |
|---|---|---|---|
| 4. had an application for insurance declined, postponed, rated or modified? If "yes", name company, date, action and reason | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| 5. engaged in racing, underwater or sky diving, hang gliding, flying as pilot or crew member during the past two years? If "yes" complete questionnaire | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| 6. had a moving traffic violation in the past three years? If "yes", give date, violation, state, and driver's license number | ☐ ☒ | ☐ ☐ | ☒ ☐ |
| 7. used tobacco in the past 10 years? | | | |
| a. Form: cigarettes? | ☒ ☐ | ☐ ☐ | ☐ ☐ |
| pipe or cigars? | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| chewing tobacco? | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| b. Date last smoked cigarettes? (mo/yr) | 12-86 | | |
| c. Number of packs of cigarettes per day? | 1½ | | |
| d. Date last used other tobacco products? (mo/yr) | | | |

Within the past five years has any proposed covered person

| | Proposed insured Yes No | Spouse Yes No | Children Yes No |
|---|---|---|---|
| 8. been a patient in, or an outpatient at, a hospital for any reason? | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| 9. been advised by a physician, chiropractor, or medical therapist to restrict or avoid normal activities due to an illness or injury? | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| 10. consulted or been advised to consult a psychiatrist, psychologist or counselor? | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| 11. sought the professional advice or services of a physician, psychiatrist, chiropractor, psychologist, or medical therapist for any illness or injury, or for any symptoms of an illness? | ☐ ☒ | ☐ ☐ | ☐ ☐ |
| 12. had any medication prescribed and is any medication currently being taken? | ☒ ☐ | ☐ ☐ | ☐ ☐ |

0042  1518

THIS AUTHENTIC COPY OF THE RECORD ACQUIRED IN THE REGULAR COURSE OF BUSINESS WAS MICROFILMED AND THE ORIGINAL RECORD DESTROYED.

CONFIDENTIAL AND PROPRIETARY

| **SEE GUIDELINES FOR EVIDENCE REQUIREMENTS** | Proposed Insured | | Spouse | | Children | |
|---|---|---|---|---|---|---|
| 13. Within the past 10 years, has any proposed covered person had any indication of or treatment for: | Yes | No | Yes | No | Yes | No |
| a. disorder of eyes, ears, nose or throat? | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| b. allergies, asthma, bronchitis, emphysema or difficult breathing? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| c. epilepsy, convulsions, headaches, nervous, emotional or mental disorder? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| d. disorders of stomach, intestines, gall bladder, liver or ulcer, hemorrhoids, hernia? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| e. chest pain, abnormal heart beat, murmur, high blood pressure, varicose veins or any disorder of the heart, blood vessels or blood? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| f. albumin, blood or sugar in urine; diabetes; or disorders of the kidney, bladder or prostate? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| g. gout, arthritis or disorders of the back, joints and extremities? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| h. disorders of the reproductive organs or breasts? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| i. disorders of the glands? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| j. a tumor or cancer? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **Within the past five years has any proposed covered person** | | | | | | |
| 14. had any illness, injury, medical treatment, manipulations or adjustments, tests, or taken any medication not reported above? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 15. been treated for or received counseling for use of alcohol, barbiturates, narcotics, excitants, or hallucinogens? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 16. is any proposed covered person using barbiturates, narcotics, excitants, or hallucinogens other than those medically prescribed? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 17. Has any proposed covered person made plans or been advised to consult a physician or medical facility because of current symptoms or complaints? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 18. Is any proposed covered person currently disabled, filing for or receiving disability benefits with Social Security or other source? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Details of each "YES" answer**

| Ques. No. | First name | Type of illness, treatment, medication, or restricted activity | Date began mo/yr | Time lost from work | Date recovered mo/yr | Print full name and addresses of physicians and hospitals |
|---|---|---|---|---|---|---|
| 12 | Donald | Penicillan; for 4/86 cold, temporarily | | | | |
| 13a | Donald | wears glasses | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**COMPLETE FOR APPLICANT IF APPLYING FOR AI OR AW**

| Height | Within the past five years have you: | | Yes | No |
|---|---|---|---|---|
| | a. been hospitalized or disabled? | | | |
| Weight | b. had laboratory studies, medication, or treatment? | | | |
| | c. had any indication of a physical disorder not disclosed in a or b? | | | |

Provide details to "yes" answers.

8008

Page 5

THIS AUTHENTIC COPY OF THE RECORD ACQUIRED IN THE REGULAR COURSE OF BUSINESS WAS MICROFILMED. ORIGINAL RECORD DESTROYED.

0042 1513

CONFIDENTIAL AND PROPRIETARY

**SECTION D   BENEFICIARY DESIGNATION**   **COMPLETE FOR LIFE INSURANCE APPLICATIONS WHICH WILL RESULT IN NEW CERTIFICATE**

Show first name, middle initial, last name, and relationship to the member (applicant if third party).

First Beneficiary   AUDREY M. PETERSEN · WIFE

Second Beneficiary   KENNETH A PETERSEN, SON

Spouse, children of the insured (which will include adopted children unless otherwise specified), parents, brothers, sisters and estate of the owner are the only designations which are acceptable on this application. Any other designation must be completed on a Beneficiary Designation form 306/307.

The above designation will not apply to any previous inforce insurance/annuity. If a beneficiary change is desired on a previous plan, a Beneficiary Designation form 306/307 must be completed.

**SECTION E   COMPLETE FOR ALL APPLICATIONS**

I UNDERSTAND AND AGREE THAT:
1. I have received the Notice of Insurance Information Practices.
2. I have read the above statements and answers and to the best of my knowledge they are true and complete with respect to all persons proposed for coverage.
3. This application will become part of the insurance contract.
4. I will discontinue any insurance which is being replaced as indicated on this application by this insurance.
5. No change in this application shall be made without my written consent.
6. No representative of AAL can make or alter any contract or waive any of AAL's rights or requirements.
7. No insurance shall take effect except as otherwise provided in the conditional insurance agreement until: the certificate is delivered, the first full premium is paid during the lifetime of the person(s) to be insured and unless insurability of the person(s) to be insured remains as described in this application.

**AUTHORIZATION TO OBTAIN INFORMATION**

I authorize any provider of health care, insurance or reinsuring company, the Medical Information Bureau, Inc., consumer reporting agency, insurance agent, family member, or employer to give AAL or its legal agent any medical or non-medical information available on me or my minor children. This information includes diagnosis, treatment and prognosis of any physical or mental condition. Psychiatric, drug or alcohol abuse history or treatment may also be included.

I understand that AAL will use this information to determine eligibility for insurance and for benefits under an existing certificate. AAL will only release this information to reinsuring companies, or organizations performing business or legal services in connection with my application or claim, or as may otherwise be lawfully required.

I agree that copies of this authorization may be used in place of the original and that I may also request a copy.

This authorization is valid for two years from the date shown below unless revoked earlier.

Signed this   3rd   day of   DECEMBER   19 86   at   BROOKFIELD ILLINOIS
                                                  City               State

WITNESSED BY   David L. Eichhorst
                       **AAL REPRESENTATIVE**   x Donald G. Petersen
                                            **SIGNATURE OF PROPOSED INSURED (PARENT OR GUARDIAN IF UNDER AGE 16)**

                    **SIGNATURE OF PROPOSED COVERED PERSON (SPOUSE)**                         **SIGNATURE OF APPLICANT/OWNER IF OTHER THAN PROPOSED INSURED**

8008                                   Page 6

THIS AUTHENTIC COPY OF THE RECORD ACQUIRED IN THE REGULAR COURSE ... THE ORIGINAL RECORD DESTROYED.

CONFIDENTIAL AND PROPRIETARY

# SUPPLEMENT TO APPLICATION FOR LIFE OR HEALTH INSURANCE

| Proposed Insured's Name DONALD A. PETERSEN | | Date of Birth 9.5.30 | | |
|---|---|---|---|---|

| | Proposed Insured | | Spouse | | Children |
|---|---|---|---|---|---|

| | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|
| 1. In the past five years have you had: | | | | | | |
| a. swollen glands in the neck, armpits or groin? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| b. skin rash or other disorders of the skin? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| c. unintentional weight loss? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| d. fever persisting over one week? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| e. diarrhea of more than one week's duration? | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Provide details for each "yes" answer.

2. In the past ten years have you or any member of your household had
Aquired Immune Deficiency Syndrome (AIDS), Aids Related Complex (ARC)
or any other immune deficiency disorder?　　　　　　　　☐ Yes ☒ No

Provide details for "yes" answer.

WITNESSED BY _David L. Eichstedt_
AAL REPRESENTATIVE

x _Donald A. Petersen_
SIGNATURE OF PROPOSED INSURED
(PARENT OR GUARDIAN IF UNDER AGE 16)

SIGNATURE OF PROPOSED COVERED
PERSON (SPOUSE)

SIGNATURE OF APPLICANT/OWNER IF
OTHER THAN PROPOSED INSURED

12·3·86
Date

9716 5-86

Aid Association for Lutherans ▪ Appleton, Wisconsin 54919

Case 1:08-cv-00079    Document 1-2    Filed 01/04/2008    Page 31 of 53

# DECLARATION OF INSURABILITY (MEDICAL)  DEC 15 1986   CN

1. First name **Donald**  Middle Initial **A**  Last **Peterson**  Birthdate **9-5-30**  Age **56**

2. a. Name and address of your personal physician (if none, so state) Dr. Kumesh P Molejon (312) 485-4046  3650 Grand Blvd

   b. Date and reason last consulted? 4/86  Cold  Brookfield IL 60513

   c. What treatment was given or medication prescribed? Penc.l. Antibiotic, Colorsupry Codeine

3. Within the past 10 years has the proposed insured had any indication of, or treatment for:

   a. eyes, ears, nose or throat? ☐ Yes ☒ No  — Details of "yes" answers.
   results. Duration 1wk results: good

   b. the respiratory system; such as allergies, asthma, bronchitis, emphysema, or difficulty breathing? ☐ Yes ☒ No — 9 mother

   c. the nervous system, such as epilepsy, convulsions, headaches, nervousness, mental disorder, or psychiatric treatment? ☐ Yes ☒ No — 3d Nervous Colour (Stress related) Diagnostic Test Negative Treatment: None medication: None

   d. the digestive system; such as disease of the stomach (intestines) gall bladder, liver, ulcer, hemorrhoids or hernia? ☒ Yes ☐ No — Hospitalized 4 days Dr. Scott 24 Onset 5-18 LaGrange Duration 5 days Community memorial 5120 Willow Spring Rd LaGrange IL

   e. the circulatory system; such as chest pain, heart murmur, abnormal heart beat, high blood pressure, varicose veins, or any disease of the heart, blood vessels or blood? ☐ Yes ☒ No

   f. the genitourinary system; such as albumin, blood, or sugar in urine or disease of the kidney, bladder, or prostate? ☐ Yes ☒ No

   g. the muscular or skeletal system; such as gout, arthritis, or disorders of the back, joints, extremities or muscle disorder? ☐ Yes ☒ No

   h. the reproductive organs or breasts? ☐ Yes ☒ No

   i. the endocrine glands; such as diabetes or thyroid disorder? ☐ Yes ☒ No

4. Within the past 10 years, has the proposed insured had a tumor or cancer? ☐ Yes ☒ No

5. Within the past 10 years, has the proposed insured been treated for or received counseling for use of alcohol or drugs? ☐ Yes ☒ No

6. Is the proposed insured using drugs other than those medically prescribed? ☐ Yes ☒ No

7. Has proposed insured smoked cigarettes in the last 10 years? ☒ Yes ☐ No
   a. number per day? 1½ pk/day  date last smoked? 12/11/86

8. Within the past 10 years, has the proposed insured had any illness, injury, medical treatment, medication or tests not reported above? ☐ Yes ☒ No

9. Has any member of your family ever had diabetes, cancer, high blood pressure, heart or kidney disease, mental illness or suicide? ☒ Yes ☐ No

I have examined the proposed insured, and have witnessed his/her signature.  Date 12/11/ 19 86

Witnessed by _____ MD MA  Medical Examiner

X Donald A. Petersen
Signature of proposed insured
(Signature of parent or guardian if under 16)

THIS AUTHENTIC COPY OF THE RECORD ACQUIRED IN THE REGULAR COURSE

# EXHIBIT D

PETERSEN BUILDING AND MANAGEMENT SERVICES
59 GREEN STREET
AUGUSTA, MAINE 04330
PHONE: ( 207 ) 621-8100
FAX : ( 207 ) 621-8101

# FAX

DATE: 9-12-04 # OF PAGES 2

ATTENTION: MICHAEL PAUKSTIS

COMPANY: THRIVENT FINANCIAL

FAX NUMBER: 920-628-4719

MESSAGE: MIKE —

PLEASE CHANGE THE BENEFICIARY FOR DONALD A. PETERSEN'S LIFE INSURANCE TO HIS 6 CHILDREN AS LISTED. PLEASE CALL WITH ANY QUESTIONS.

THANKS,
KEN PETERSEN

Sep 12 04   PETERSEN BUILDING                                          p.2
06/30/2004  16:43   6303229965          THRIVENT FINANCIAL      PAGE 02/02

## Beneficiary Designation - Common



Thrivent ID
500851093

This beneficiary change is subject to the provisions printed on 307B, page 2.

Contract number(s)  6715389 _____

Check one:  ☒ Base Insured/Annuitant   ☐ Child Rider (one designation applies for all children under a child rider)
            ☐ Term Life Insurance Rider  ☐ Second Insured/Annuitant (spouse rider, Joint life/annuity contract)

Name of insured/annuitant/payee (print title, first, middle, last name and suffix, as applicable)
DONALD ALLEYNE PETERSEN

List full name, relationship, address and Social Security number for each beneficiary.

Primary Beneficiary  VALERIE FERNANDES —

KENNETH PETERSEN —

VIRGINIA HOENIG —

VICTORIA BRISKEY —

VAUGHN PETERSEN —                    ARTHUR PETERSEN —

First Contingent Beneficiary

Children ↑ per tax cover sheet
(attached) UR 9.14.04

Second Contingent Beneficiary


Signature of owner/controller and date signed (mm/dd/yyyy)    Signature of witness and date signed (mm/dd/yyyy)
Donald G Petersen  9/7/04         ELIZABETH A. TESERE   9-7-04
Print name of financial associate          Thrivent Financial approval      LIZ ROMENESKO
MICHAEL PAUKSTIS                                           SEP 14 2004

To be read by present owner - Consent of spouse in community/marital property states (AZ, CA, ID, LA, NV, NM,
TX, WA, WI) or where required, may be required for designation of someone other than a spouse. It is your responsibility to
determine whether consent is needed based upon the community/marital property laws in your state. If consent is needed
and not obtained, this beneficiary designation may be contested.

Signature of spouse and date signed (mm/dd/yyyy)          Return copy of form to:
                                                          ☐ Financial associate  ☒ Owner/Controller

This form may be used for Lutheran Brotherhood Variable Insurance Products Company (Minneapolis, MN 55415),
a wholly owned subsidiary of Thrivent Financial for Lutherans.

Please print below.
Name of owner/controller
DONALD A. PETERSEN
Street or RR and box number
3528 HOLLYWOOD AVE.
City                    State  ZIP code
BROOKFIELD              ILL.  60513

**Thrivent Financial**
for Lutherans
4321 N. Ballard Road, Appleton, WI 54919-0001

307B   R7-03                                        Page 1

SEP 12 2004 09:40                      207 621 8101       PAGE.02

# EXHIBIT E

**Thrivent Financial for Lutherans**

4321 N. Ballard Road, Appleton, WI 54919-0001
800-THRIVENT (800-847-4836) • www.thrivent.com

500851093

**Claimant's Statement for
Life Contracts**

---

**Section 1 - Deceased Information - Required for All Life Claims**

Name of deceased (print title, first, middle, last name and suffix, as applicable)
MR. DONALD ALLEYNE PETERSEN

Date of birth (mm/dd/yyyy)
09 / 05 / 1930

**Section 2 - Claimant Information - Required for All Claims. A separate form is needed for each beneficiary.**

In what capacity are you claiming these proceeds?

- [ ] Trustee
- [X] Named beneficiary
- [ ] Executor/Administrator of estate
- [ ] Legal Guardian for named beneficiary
- [ ] Other
  (attach explanation)

Relationship to deceased

Name of claimant (print title, first, middle, last name and suffix, as applicable)
MRS. VICTORIA A. BRISKEY

Date of birth (mm/dd/yyyy)
07 / 29 / 1954

Residential street address of claimant
58 GREEN STREET

Area code and phone
207 626-0771

City
AUGUSTA

State
ME.

ZIP code
04330

**Section 3 - Complete this section and Section 4 for life contracts. Life insurance benefits are generally not taxable income except for interest earned after the date of death.**

Life insurance contract number(s):
6715389

**Upon claim approval:**

- [ ] Apply to Thrivent Financial Mutual Fund
  - [ ] New
  - [ ] Existing Mutual Fund
  - Account number -
- [ ] Apply premium payment to:
  - [ ] Life contract number -
  - [ ] Health contract number -
  - [ ] Annuity contract number -
- [ ] Apply loan payment to:
  - Contract number -
- [ ] Apply to Settlement Option. Complete Application for Settlement Agreement (form 9368) and a form W4P for the Settlement Option.
- [ ] Auto FPDA, minor beneficiary, only
- [ ] Other (See Special Instructions below.)

- [ ] Cash - complete for a total or partial cash disbursement.
  - [ ] Lump Sum
  - [ ] Specific Amount - $ _____
    Interest will be added to this amount unless instructed otherwise.

  Select one of the following:
  - [ ] A. Open a Thrivent Financial Bank Benefit Management Money Market Account. (See next page.)
    Would you like a form sent to you to designate a beneficiary for this account? [ ] Yes [ ] No
  - [ ] B. Deposit in an existing or other Thrivent Financial Bank account.
    Account number - _____
  - [ ] C. Direct deposit into another account
    Attach a voided check. Do not submit a deposit slip.
  - [ ] D. Send the check to financial representative.
  - [X] E. Send the check to the beneficiary.

**Special Instructions**

28E  R10-06

**Thrivent Financial for Lutherans**

4321 N. Ballard Road, Appleton, WI 54919-0001
800-THRIVENT (800-847-4836) • www.thrivent.com

**Claimant's Statement for
Life Contracts**

---

**Section 1 - Deceased Information - Required for All Claims**

Name of deceased (print title, first, middle, last name and suffix, as applicable)
DONALD ALLEYNE PETERSEN

Date of birth (mm/dd/yyyy)
9-5-30

**Section 2 - Claimant Information - Required for All Claims. A separate form is needed for each beneficiary.**

In what capacity are you claiming these proceeds?
☐ Trustee   ☐ Executor/Administrator of estate   ☐ Other
☒ Named beneficiary   ☐ Legal Guardian for named beneficiary   (attach explanation)

Relationship to deceased
SON

Name of claimant (print title, first, middle, last name and suffix, as applicable)
KENNETH A. PETERSEN

Date of birth (mm/dd/yyyy)
2-22-56

Residential street address of claimant
59 GREEN STREET

Area code and phone
207-621-8100

City
AUGUSTA

State
ME.

ZIP code
04330

**Section 3 - Complete this section and Section 4 for the benefit. Life insurance benefits are generally not taxable income except for interest earned after the date of death.**

Life insurance contract number(s):
6715389

Upon claim approval:

☐ Apply to Thrivent Financial Mutual Fund
  ☐ New   ☐ Existing Mutual Fund
  Account number - _____

☐ Apply premium payment to:
  ☐ Life contract number - _____
  ☐ Health contract number - _____
  ☐ Annuity contract number - _____

☐ Apply loan payment to:
  Contract number - _____

☐ Apply to Settlement Option. Complete Application
  for Settlement Agreement (form 9368) and a form
  W4P for the Settlement Option.

☐ Auto FPDA, minor beneficiary, only

☐ Other (See Special Instructions below.)

☐ Cash - complete for a total or partial cash disbursement.
  ☐ Lump Sum
  ☐ Specific Amount - $ _____
    Interest will be added to this amount unless
    instructed otherwise.

Select one of the following:
☒ A. Open a Thrivent Financial Bank Benefit Management
  Money Market Account. (See next page.)
  Would you like a form sent to you to designate a
  beneficiary for this account? ☐ Yes   ☐ No

☐ B. Deposit in an existing or other Thrivent Financial
  Bank account.
  Account number - _____

☐ C. Direct deposit into another account
  Attach a voided check. Do not submit a deposit slip.

☐ D. Send the check to financial representative.

☒ E. Send the check to the beneficiary.

**Special Instructions**

28E   R10-06

NOV-15-2007 14:07 From:
Nov 14 07 02:31p    PETERSEN BUILDING    207-621 8101    P.2
Nov. 12. 2007  2:45PM    No.0242  P. 6

**Thrivent Financial for Lutherans**
4321 N. Ballard Road, Appleton, WI 54919-0001
800-THRIVENT (800-847-4836) • www.thrivent.com

**Claimant's Statement for
Life Contracts**

| Section 1 - Deceased Information. Required for All Life Claims. | |
|---|---|
| Name of deceased (print title, first, middle, last name and suffix, as applicable)<br>MR. DONALD ALLEYNE PETERSEN | Date of birth (mm/dd/yyyy)<br>9-5-30 |

**Section 2 - Claimant Information - Required for All Claims. A separate form is needed for each beneficiary.**

| In what capacity are you claiming these proceeds? | Relationship to deceased |
|---|---|
| ☐ Trustee   ☐ Execution/Administrator of estate   ☐ Other<br>☒ Named beneficiary   ☐ Legal Guardian for named beneficiary   (attach explanation) | DAUGHTER |
| Name of claimant (print title, first, middle, last name and suffix, as applicable)<br>MS. VAUGHN LESLIE PETERSEN | Date of birth (mm/dd/yyyy)<br>1-27-62 |
| Residential street address of claimant<br>119 TOM FOOLA | Area code and phone<br>662 219 5241 |
| City<br>TUPELO | State<br>MS. | ZIP code<br>38804 |

**Section 3 - Complete this section and Section 4 if applicable. Consult a tax advisor if the proceeds are greater than the taxable income accrued. Taxable income accrued is the interest earned after the date of death.**

Life insurance contract number(s):
6715389

**Upon claim approval:**

☐ Apply to Thrivent Financial Mutual Fund
  ☐ New   ☐ Existing Mutual Fund
  Account number - _____

☐ Apply premium payment to:
  ☐ Life contract number - _____
  ☐ Health contract number - _____
  ☐ Annuity contract number - _____

☐ Apply loan payment to:
  Contract number - _____

☐ Apply to Settlement Option. Complete Application for Settlement Agreement (form 9365) and a form W4P for the Settlement Option.

☐ Auto FPDA, inster beneficiary, only

☐ Other (See Special Instructions below.)

☐ **Cash** - complete for a total or partial cash disbursement.
  ☒ Lump Sum
  ☐ Specific Amount - $ _____
    Interest will be added to this amount unless instructed otherwise.

Select one of the following:
☐ A. Open a Thrivent Financial Bank Benefit Management Money Market Account! (See next page.)
  Would you like a form sent to you to designate a beneficiary for this account? ☐ Yes   ☐ No

☐ B. Deposit in an existing or other Thrivent Financial Bank account.
  Account number - _____

☐ C. Direct deposit into another account
  Attach a voided check. Do not submit a deposit slip.

☐ D. Send the check to financial representative.

☒ E. Send the check to the beneficiary.

**Special Instructions**

28E  R10-06

Nov 27 07 04:23p    P.2
11/28/2007 11:21 FAX 8206284719    THRIVENT DEATH CLAIMS

## BEST COPY AVAILABLE



**Thrivent Financial for Lutherans**
4321 N. Ballard Road, Appleton, WI 54919-0001
800-THRIVENT (800-847-4836) • www.thrivent.com

**Claimant's Statement for Life Contracts**

500851093

**Section 1 - Deceased Information - Required for All Life Claims**

Name of deceased (print title, first, middle, last name and suffix, as applicable)
Donald Alleyne Petersen

Date of birth (mm/dd/yyyy)
09 / 05 / 30

**Section 2 - Claimant Information - Required for All Claims. A separate form is needed for each beneficiary.**

In what capacity are you claiming these proceeds?

☐ Trustee    ☐ Executor/Administrator of estate    ☐ Other
☒ Named beneficiary    ☐ Legal Guardian for named beneficiary    (attach explanation)

Relationship to deceased
Daughter

Name of claimant (print title, first, middle, last name and suffix, as applicable)
Virginia Carol Petersen Hoenig

Date of birth (mm/dd/yyyy)
07 / 11 / 1952

Residential street address of claimant
120 Arrowhead Trail

Area code and phone
(662) 620-9566

City
Saltillo

State
MS.

ZIP code
38866

**Section 3 - Complete this section and Section 4 for life contracts. Life insurance benefits are generally not taxable income except for interest earned after the date of death.**

Life insurance contract number(s):
6715389

Upon claim approval:

☐ Apply to Thrivent Financial Mutual Fund
   ☐ New    ☐ Existing Mutual Fund
   Account number – _____

☐ Apply premium payment to:
   ☐ Life contract number – _____
   ☐ Health contract number – _____
   ☐ Annuity contract number – _____

☐ Apply loan payment to:
   Contract number – _____

☐ Apply to Settlement Option. Complete Application for Settlement Agreement (form 9368) and a form W4P for the Settlement Option.

☐ Auto FPDA, minor beneficiary, only

☐ Other (See Special Instructions below.)

☒ **Cash** - complete for a total or partial cash disbursement.
   ☒ Lump Sum
   ☐ Specific Amount - $ 8333.33
      Interest will be added to this amount unless instructed otherwise.

Select one of the following:

☐ A. Open a Thrivent Financial Bank Benefit Management Money Market Account. (See next page.)
   Would you like a form sent to you to designate a beneficiary for this account?  ☐ Yes  ☒ No

☐ B. Deposit in an existing or other Thrivent Financial Bank account.
   Account number – _____

☒ C. Direct deposit into another account
   Attach a voided check. Do not submit a deposit slip.

☐ D. Send the check to financial representative.

☐ E. Send the check to the beneficiary.

Nov 27 07 04:24p                                                                    p.3

Name of claimant (print title, first, middle, last name and suffix, as applicable)

**Important Information If You Have Selected The Benefit Management Money Market Account**

In compliance with Federal law, you are required to provide your name, residential street address, date of birth, and identification number (as indicated on page 3 of this claim form) in order to establish an account with Thrivent Financial Bank. We may require other information that will allow us to identify you.

A Benefit Management Money Market account will be opened for you with the full or partial share of your proceeds provided that (1) your claim is approved; (2) you do not request an alternate method of payment; (3) applicable state regulations do not limit the availability of this payment option.

By signing this Claimant's statement and completing section 3 or 4, as applicable, you acknowledge that you are opening a new account with Thrivent Financial Bank as a single party and that subsequent to your account being opened, along with your personal checks, you will receive an information kit containing our Privacy Notice, Funds Availability Disclosure, Electronic Funds Transfer Disclosure, Deposit Account Agreement, Truth-in-Savings Account Disclosure, and Fee Schedule (Disclosures). In addition, you will have the option to designate a beneficiary for this new account.

You certify that (a) everything stated on this application is true and correct to the best of your knowledge; (b) Thrivent Financial Bank is authorized to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account; and (c) you are over the age of majority.

You acknowledge that if this account is approved, the account will be governed by the applicable federal laws and regulations, and the laws of the State of Wisconsin. You acknowledge that you agree to be bound by the terms of the Deposit Account Agreement. Rates, as well as the Deposit Account Agreement and Disclosures are available on the bank's website at www.thriventbank.com or by calling toll-free (866)226-5225. Your account will earn interest from the day the deposit is made and for as long as account minimums are met.

Your account will be opened when the deposit application has been accepted by the bank. You may then immediately use all or a portion of these funds by writing checks against your account. All checks and checking services are provided to you free of charge if account minimums are maintained and transaction limits, outlined in the Truth-in-Savings Disclosure, are not exceeded.

**Section 4 - Substitute W-9**

**Taxpayer Identification Number Certification**

I certify under penalties of perjury that:

1. The Social Security Number or Taxpayer Identification Number provided is correct (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified me that I am no longer subject to backup withholding and

3. I am a U.S. person (including U.S. resident alien).

You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Signature of claimant and capacity (i.e. trustee, guardian, etc.) and date signed (mm/dd/yyyy) | Social Security/Tax ID # |
|---|---|
| *Virginia C. Hoenig* | |

| Name of Thrivent Financial representative | Code number |
|---|---|
| | |

> **FOR YOUR PROTECTION, state laws require the following to appear on this form: Any person who knowingly and with intent to defraud or deceive any insurance company or person files or facilitates the filing of a statement of claim containing any materially false information, or conceals information concerning any fact material to the statement, is guilty of insurance fraud, which may be a felony crime, subject to civil penalties or criminal prosecution, including fines and/or confinement in prison.**

If you have questions regarding the claim form, please contact your Thrivent Financial Representative or call Death Claims at 1-800-847-4836.

Mail completed form to: Thrivent Financial for Lutherans, 4321 N. Ballard Road, Appleton, WI 54919-0001

28E    R10-06

**Thrivent Financial for Lutherans®**
4321 N. Ballard Road, Appleton, WI 54919-0001
800-THRIVENT (800-847-4836) • www.thrivent.com

**Claimant's Statement for Life Contracts**

500851093 **NS**

| Section 1 - Deceased Information - Required on All Life Claims | |
|---|---|
| Name of deceased (print title, first, middle, last name and suffix, as applicable) Donald A Peterson | Date of birth (mm/dd/yyyy) 09/05/1930 |

Section 2 - Claimant Information - Required for All Claims. A separate form is needed for each beneficiary

In what capacity are you claiming these proceeds?

☐ Trustee   ☐ Executor/Administrator of estate   ☐ Other
☒ Named beneficiary   ☐ Legal Guardian for named beneficiary   (attach explanation)

Relationship to deceased
daughter

Name of claimant (print title, first, middle, last name and suffix, as applicable)
Valerie Jean Fernandes

Date of birth (mm/dd/yyyy)
10/17/1960

Residential street address of claimant
2229 Warfield Ave

Area code and phone
310-793-8701

City
Redondo Beach

State
CA

ZIP code
90278

Section 3 - Complete this section and Section 4 for life contracts. Life insurance benefits are generally not taxable income except for interest earned after the date of death.

Life insurance contract number(s):
6715389

**Upon claim approval:**

☐ Apply to Thrivent Financial Mutual Fund
　☐ New　☐ Existing Mutual Fund
　Account number - _____
☐ Apply premium payment to:
　☐ Life contract number - _____
　☐ Health contract number - _____
　☐ Annuity contract number - _____
☐ Apply loan payment to:
　Contract number - _____
☐ Apply to Settlement Option. Complete Application for Settlement Agreement (form 9368) and a form W4P for the Settlement Option.
☐ Auto FPDA, minor beneficiary, only
☐ Other (See Special Instructions below.)

☒ Cash - complete for a total or partial cash disbursement.
　☒ Lump Sum
　☐ Specific Amount - $ _____
　Interest will be added to this amount unless instructed otherwise.
Select one of the following:
☐ A. Open a Thrivent Financial Bank Benefit Management Money Market Account. (See next page.)
　Would you like a form sent to you to designate a beneficiary for this account? ☐ Yes ☐ No
☐ B. Deposit in an existing or other Thrivent Financial Bank account.
　Account number - _____
☐ C. Direct deposit into another account
　Attach a voided check. Do not submit a deposit slip.
☐ D. Send the check to financial representative.
☒ E. Send the check to the beneficiary.

**Special Instructions**

28E   R10-06

12/20/2007

Valerie J. Fernandes

Name of claimant (print title, first, middle, last name and suffix, as applicable)

**Important Information If You Have Selected The Benefit Management Money Market Account**

In compliance with Federal law, you are required to provide your name, residential street address, date of birth, and identification number (as indicated on page 3 of this claim form) in order to establish an account with Thrivent Financial Bank. We may require other information that will allow us to identify you.

A Benefit Management Money Market account will be opened for you with the full or partial share of your proceeds provided that (1) your claim is approved; (2) you do not request an alternate method of payment; (3) applicable state regulations do not limit the availability of this payment option.

By signing this Claimant's statement and completing section 3 or 4, as applicable, you acknowledge that you are opening a new account with Thrivent Financial Bank as a single party and that subsequent to your account being opened, along with your personal checks, you will receive an information kit containing our Privacy Notice, Funds Availability Disclosure, Electronic Funds Transfer Disclosure, Deposit Account Agreement, Truth-in-Savings Account Disclosure, and Fee Schedule (Disclosures). In addition, you will have the option to designate a beneficiary for this new account.

You certify that (a) everything stated on this application is true and correct to the best of your knowledge; (b) Thrivent Financial Bank is authorized to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account; and (c) you are over the age of majority.

You acknowledge that if this account is approved, the account will be governed by the applicable federal laws and regulations, and the laws of the State of Wisconsin. You acknowledge that you agree to be bound by the terms of the Deposit Account Agreement. Rates, as well as the Deposit Account Agreement and Disclosures are available on the bank's website at www.thriventbank.com or by calling toll-free (866)226-5225. Your account will earn interest from the day the deposit is made and for as long as account minimums are met.

Your account will be opened when the deposit application has been accepted by the bank. You may then immediately use all or a portion of these funds by writing checks against your account. All checks and checking services are provided to you free of charge if account minimums are maintained and transaction limits, outlined in the Truth-in-Savings Disclosures, are not exceeded.

**Section A - Substitute W-9**

**Taxpayer Identification Number Certification**

I certify under penalties of perjury that:

1. The Social Security Number or Taxpayer Identification Number provided is correct (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified me that I am no longer subject to backup withholding and

3. I am a U.S. person (including U.S. resident alien).

You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature of claimant and capacity (i.e. trustee, guardian, etc.) and date signed (mm/dd/yyyy) | Social Security/Tax ID #

Valerie J. Fernandes, beneficiary    11/30/2007

Name of Thrivent Financial representative | Code number

FOR YOUR PROTECTION, state laws require the following to appear on this form: Any person who knowingly and with intent to defraud or deceive any insurance company or person files or facilitates the filing of a statement of claim containing any materially false information, or conceals information concerning any fact material to the statement, is guilty of insurance fraud, which may be a felony crime, subject to civil penalties or criminal prosecution, including fines and/or confinement in prison.

If you have questions regarding the claim form, please contact your Thrivent Financial Representative or call Death Claims at 1-800-847-4836.

Mail completed form to: Thrivent Financial for Lutherans, 4321 N. Ballard Road, Appleton, WI 54919-0001

26E    R10-06

Kristi Sickler, ALHC
Advanced Claims Examiner
Claims Operations, FSO

12/20/2007

11/29/2007 12:13 FAX  9206284719     THRIVENT DEATH CLAIMS     @003/004

MH

**Thrivent Financial for Lutherans®**
4321 N. Ballard Road, Appleton, WI 54919-0001
800-THRIVENT (800-847-4836) • www.thrivent.com

**Claimant's Statement for Life Contracts**

500851093

| Section 1 - Deceased Information - Required for All Life Claims | |
|---|---|
| Name of deceased (print title, first, middle, last name and suffix, as applicable)<br>Donald A Petersen | Date of birth (mm/dd/yyyy)<br>09/05/1930 |

Section 2 - Claimant Information - Required for All Claims. A separate form is needed for each beneficiary.

| In what capacity are you claiming these proceeds? | Relationship to deceased |
|---|---|
| ☐ Trustee    ☐ Executor/Administrator of estate    ☐ Other<br>☒ Named beneficiary    ☐ Legal Guardian for named beneficiary    (attach explanation) | Son |

| Name of claimant (print title, first, middle, last name and suffix, as applicable)<br>Arthur Alleyne Petersen | Date of birth (mm/dd/yyyy)<br>10/18/1956 |
|---|---|
| Residential street address of claimant<br>2229  Warfield  Ave. | Area code and phone<br>310-793-6822 |
| City<br>Redondo  Beach | State<br>CA | ZIP code<br>90278 |

Section 3: Complete this section and Section 4 for life contracts. Life insurance benefits are generally not taxable income except for interest earned after the date of death.

| Life insurance contract number(s): |
|---|
| 6715369 |

**Upon claim approval:**

☐ Apply to Thrivent Financial Mutual Fund
 ☐ New    ☐ Existing Mutual Fund
 Account number - _____
☐ Apply premium payment to:
 ☐ Life contract number - _____
 ☐ Health contract number - _____
 ☐ Annuity contract number - _____
☐ Apply loan payment to:
 Contract number - _____
☐ Apply to Settlement Option. Complete Application for Settlement Agreement (form 9366) and a form W4P for the Settlement Option.
☐ Auto FPDA, minor beneficiary, only
☐ Other (See Special Instructions below.)

☒ Cash - complete for a total or partial cash disbursement.
 ☒ Lump Sum
 ☐ Specific Amount - $ _____
 Interest will be added to this amount unless instructed otherwise.
Select one of the following:
☐ A. Open a Thrivent Financial Bank Benefit Management Money Market Account. (See next page.)
 Would you like a form sent to you to designate a beneficiary for this account? ☐ Yes    ☐ No
☐ B. Deposit in an existing or other Thrivent Financial Bank account.
 Account number - _____
☐ C. Direct deposit into another account
 Attach a voided check. Do not submit a deposit slip.
☐ D. Send the check to financial representative.
☒ E. Send the check to the beneficiary.

| Special Instructions |
|---|
| |

28E   R10-06

## Arthur Alleyne Petersen

Name of claimant (print title, first, middle, last name and suffix, as applicable)

**Important Information If You Have Selected The Benefit Management Money Market Account**

In compliance with Federal law, you are required to provide your name, residential street address, date of birth, and identification number (as indicated on page 3 of this claim form) in order to establish an account with Thrivent Financial Bank. We may require other information that will allow us to identify you.

A Benefit Management Money Market account will be opened for you with the full or partial share of your proceeds provided that (1) your claim is approved; (2) you do not request an alternate method of payment; (3) applicable state regulations do not limit the availability of this payment option.

By signing this Claimant's statement and completing section 3 or 4, as applicable, you acknowledge that you are opening a new account with Thrivent Financial Bank as a single party and that subsequent to your account being opened, along with your personal checks, you will receive an information kit containing our Privacy Notice, Funds Availability Disclosure, Electronic Funds Transfer Disclosure, Deposit Account Agreement, Truth-in-Savings Account Disclosure, and Fee Schedule (Disclosures). In addition, you will have the option to designate a beneficiary for this new account.

You certify that (a) everything stated on this application is true and correct to the best of your knowledge; (b) Thrivent Financial Bank is authorized to make inquiries from any consumer reporting agency, including a check protection service, in connection with this account; and (c) you are over the age of majority.

You acknowledge that if this account is approved, the account will be governed by the applicable federal laws and regulations, and the laws of the State of Wisconsin. You acknowledge that you agree to be bound by the terms of the Deposit Account Agreement. Rates, as well as the Deposit Account Agreement and Disclosures are available on the bank's website at www.thriventbank.com or by calling toll-free (866)226-5225. Your account will earn interest from the day the deposit is made and for as long as account minimums are met.

Your account will be opened when the deposit application has been accepted by the bank. You may then immediately use all or a portion of these funds by writing checks against your account. All checks and checking services are provided to you free of charge if account minimums are maintained and transaction limits, outlined in the Truth-in-Savings Disclosure, are not exceeded.

**Section 4 - Substitute W-9**

**Taxpayer Identification Number Certification**

I certify under penalties of perjury that:

1. The Social Security Number or Taxpayer Identification Number provided is correct (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified me that I am no longer subject to backup withholding and
3. I am a U.S. person (including U.S. resident alien).

You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature of claimant and capacity (i.e. trustee, guardian, etc.) and date signed (mm/dd/yyyy)     Social Security/Tax ID #

_(signature)_     12/07/2007

Name of Thrivent Financial representative                          Code number

FOR YOUR PROTECTION, state laws require the following to appear on this form: Any person who knowingly and with intent to defraud or deceive any insurance company or person files or facilitates the filing of a statement of claim containing any materially false information, or conceals information concerning any fact material to the statement, is guilty of insurance fraud, which may be a felony crime, subject to civil penalties or criminal prosecution, including fines and/or confinement in prison.

If you have questions regarding the claim form, please contact your Thrivent Financial Representative or call Death Claims at 1-800-847-4836.

Mail completed form to: Thrivent Financial for Lutherans, 4321 N. Ballard Road, Appleton, WI 54919-0001

28E   R10-06

Kristi Sickler, ALHC
Advanced Claims Examiner

12/20/2007

# EXHIBIT F

MH

FAX: 800-225-2264


ATTN:  DEATH CLAIMS

500851093

AOL Email

Page 1 of 2

## Kennedy, Victoria SIK

From:     Potomass@aol.com
Sent:     Wednesday, November 07, 2007 3:54 PM
To:       vm.kennedy@dercoaerospace.com
Subject:  thri

Hello Gentlemen.  My name is Audrey Petersen, wife of Donald A. Petersen (s           ).  I am writing to you to advise you that I am contesting the payout on Donald A. Petersen's life insurance policy.

The policy originally taken out for Donald's funeral expenses and the balance there after was to be given to me, Audrey Petersen, for my future living expenses.

Donald suffered from emphysema and complication of that disease toward the end of his life as well as other medical complications.  His doctor advised my daughter, just this morning, that his dementia left him incapable of making decision of this nature on his own to have changed this policy. I will be in contact with his previous doctor to confirm this also.

I plan to seek legal counsel in this matter.

Regards,
Audrey M. Petersen
and
Christine A. Wegner (Power of Attorney & daughter of Audrey)   847-352-1428
Vicoria M. Kennedy (daughter of Audrey)
Nov. 6, 2007
2:58pm

# EXHIBIT G

November 19, 2007

Audrey M Petersen
3528 Hollywood Ave
Brookfield IL  60513-1716

RE:  Contract #6715389 held on the
life of Donald A Petersen, deceased

Dear Mrs. Petersen:

I would like to extend my condolences to you and your family on the recent loss of your husband, Donald A Petersen.

This letter is being sent in response to your November 7, 2007 e-mail stating that you will be seeking legal counsel regarding the change of beneficiary on Donald's life insurance contract.

If you intend to pursue contesting the beneficiary change, we will need to receive a written statement (from you or your legal counsel) confirming a legal basis as to why you feel the most recent beneficiary change was not valid.

**We will need to receive your (or your legal counsel's) written statement by December 3, 2007**.  If a signed written statement presenting your legal basis is not received by this date, we will release the claim proceeds to the contractual beneficiary through the normal course of Thrivent Financial for Lutherans's business upon receipt of the proper claim requirements.

Please let me know if you have any questions or if I may assist you in any way.  You may reach me at 800-847-4836 ext. 8-5327.

Sincerely,

Kristi Sickler
Advanced Claims Examiner
Claims Operations, FSO

ks
cc: B M Greco  291  43783

PETERSEN:  Donald L; 6715389
500851093

# EXHIBIT H

SC

November 23, 200?

Dear Sir

500 FS1093

I had my Daughter type this letter for me because my writing is very poor, I agree with everything that is in this letter. I had her type it, because I get some cramping & severe pain

Please call me if you have any questions

Sincerely,
Mrs. Audrey M. Petersen
708-485-6846

P.S. My Attorney is 12-4-07 (for an appointment) I will advise you of the outcome.

Contract #6715389 · Donald A. Petersen-deceased

Dear Sirs,

  I've been advised to write to you to explain why I feel I'm entitled to the insurance policy that was originally opened for my husband of twenty two years, Donald A. Petersen and me Audrey M. Petersen as original beneficiary.

We had one of your representatives come to our home to discuss a life insurance policy and the advantages of this type of plan.  It was a plan that we needed to enhance our lives as we grew older together.  The policy was our way to plan for the enviable death of  Donald and I, Audrey would have the funds available to pay for Donald's funeral and would have money to live on, without him.

This would ensure that I'd be able to live my life in our home, 3528 Hollywood Ave. Brookfield, Illinois and pay for monthly bills.

Because of the way Donald had arranged his early retirement we knew there would be a great deal less money coming in for me to live on.  With out this insurance policy I am destitute. I have very little money in savings and only a meager income from Donald's pension.  Unfortunately, Donald died sooner then I expected him too and left me with an unbelievable debt.

I am a 71 year old woman and I am unable to work. I have many physical limitation which makes it next to impossible to work.  Much to my dismay I have no choice in this matter.

Due to the facts stated above I feel I am very much entitled to the insurance policy funds. I would be much appreciative and forever grateful to you for rewarding to me what Donald and I had originally planned for.

During the last years of my husbands illness he had become extremely ill. He was on medications that tried to help him breathe. With lack of oxygen going to his brain and the mix of medication made his memory week. There were times where he did not know who he was or who his family was. I can recall one time that he didn't even know he had children or that I could drive a car. So you can understand the debilitating position he was in.

Donald died October 30, 2007 and it was about two weeks prior to his death that I found out that I was no longer the beneficiary. My daughter Christine Wegner had advised me to contact Thrivent to confirm that my name was still on the policy because a few days before that Christine had found out that Donald's kids had our house title changed from joint tendencies to tenants in common and added their names to that as well. I was never informed of this matter either. As a result I have contacted an attorney to seek legal counsel in this matter as well as engaged in an elder abuse case against Donald's children.

I know in my heart that my loving husband would never do this to me intentionally.

Sincerely,
Mrs. Audrey M. Petersen

*Mrs. Audrey M. Petersen*
*Nov. 21, 2007*
*time 11:00 a.m.*