IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Thrivent Financial For Lutherans, a not for profit corporation

vs.

Audrey petersen, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen, Valerie Fernandes

Case Number   08 C 79

## AFFIDAVIT OF SERVICE

I, John Steele, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 13 day of January, 2008, at 01:58 PM at 3528 Hollywood Avenue, Brookfield, IL 60513, did serve the following document(s):

**Summons and Complaint**

Upon:   **Audrey M. Petersen**

By:   ☑ Personally serving to:   Audrey M. Petersen

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 3528 Hollywood Avenue, Brookfield, IL 60513 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **67** |
|---|---|---|---|---|---|---|
| | Height | **5'5** | Weight | **120** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
John Steele
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 79**

**SUMMONS IN A CIVIL CASE**

Thrivent Financial For Lutherans, a
not-for-profit corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

Audrey Petersen, Arthur Petersen, Vaughn
Petersen, Victoria Briskey, Virginia Hoenig,
Kenneth Petersen, Valerie Fernandes

DESIGNATED
MAGISTRATE JUDGE:

JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Audrey M. Petersen
3528 Hollywood Avenue
Brookfield, IL  60513

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel M. Cordis
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*[signature]*

----------------------------------
**(By) DEPUTY CLERK**

January 4, 2008
----------------------------------
Date