IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, a not-for-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AUDREY PETERSEN, an individual;<br>ARTHUR PETERSEN, an individual;<br>VAUGHN PETERSEN, an individual;<br>VICTORIA BRISKEY, an individual;<br>VIRGINIA HOENIG, an individual;<br>KENNETH PETERSEN, an individual; and<br>VALERIE FERNANDES, an individual,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 C 79<br><br>The Honorable Ruben Castillo |

**AFFIDAVIT OF DANIEL M. CORDIS REGARDING SERVICE OF PROCESS**

I, Daniel M. Cordis, an attorney, upon being duly sworn, depose and state according to my personal knowledge as follows:

1. I am an attorney with the law firm of Foley & Lardner LLP, which represents the interpleader plaintiff Thrivent Financial For Lutherans in this matter. As such, I make this affidavit of my personal knowledge and, if called upon as a witness, I would and could testify competently to the following:

2. On Thursday, January 3, 2008, I had a telephone conversation with attorney Mr. James McCabe who represents six of the defendants in this matter – namely, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes. Mr. McCabe indicated that he was willing to accept service of process on behalf of his clients.

3. Therefore, on Monday, January 7, 2008, I mailed under cover letter six issued summonses and copies of the filed Complaint in this matter to Mr. McCabe at his McCabe & McCabe Ltd., 8827 W. Ogden Avenue, Brookfield, Illinois 60513.

FURTHER AFFIANT SAYETH NOT.

DANIEL M. CORDIS

Subscribed and sworn to before
me this 6th day of February, 2008.

_____
Notary Public

OFFICIAL SEAL
MARY D. QUINTERO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-28-2010

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 79**

SUMMONS IN A CIVIL CASE

Thrivent Financial For Lutherans, a
not-for-profit corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

Audrey Petersen, Arthur Petersen, Vaughn
Petersen, Victoria Briskey, Virginia Hoenig,
Kenneth Petersen, Valerie Fernandes

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Victoria A. Briskey
58 Green Street
Augusta, ME  04330

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel M. Cordis
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**January 4, 2008**
_____
**Date**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 79**

SUMMONS IN A CIVIL CASE

Thrivent Financial For Lutherans, a
not-for-profit corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

Audrey Petersen, Arthur Petersen, Vaughn
Petersen, Victoria Briskey, Virginia Hoenig,
Kenneth Petersen, Valerie Fernandes

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Virginia Hoenig
120 Arrowhead Trail
Saltillo, MS  38866

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel M. Cordis
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ signature_

**(By) DEPUTY CLERK**

**January 4, 2008**

Date

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 79**

SUMMONS IN A CIVIL CASE

Thrivent Financial For Lutherans, a
not-for-profit corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

Audrey Petersen, Arthur Petersen, Vaughn
Petersen, Victoria Briskey, Virginia Hoenig,
Kenneth Petersen, Valerie Fernandes

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Arthur A. Petersen
2229 Warfield Avenue
Redondo Beach, CA  90278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel M. Cordis
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*

---------------------------------
**(By) DEPUTY CLERK**

**January 4, 2008**

---------------------------------
**Date**

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 79**

SUMMONS IN A CIVIL CASE

Thrivent Financial For Lutherans, a
not-for-profit corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

Audrey Petersen, Arthur Petersen, Vaughn
Petersen, Victoria Briskey, Virginia Hoenig,
Kenneth Petersen, Valerie Fernandes

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Kenneth A. Petersen
59 Green Street
Augusta, ME  04330

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel M. Cordis
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

-----------------------------------

(By) DEPUTY CLERK

**January 4, 2008**

-----------------------------------

Date

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 79**

SUMMONS IN A CIVIL CASE

Thrivent Financial For Lutherans, a
not-for-profit corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

Audrey Petersen, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen, Valerie Fernandes

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Valerie J. Fernandes
2229 Warfield Avenue
Redondo Beach, CA  90278

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel M. Cordis
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____

(By) DEPUTY CLERK

**January 4, 2008**

_____

Date

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**08 C 79**

SUMMONS IN A CIVIL CASE

Thrivent Financial For Lutherans, a
not-for-profit corporation

CASE NUMBER:

V.

ASSIGNED JUDGE:

Audrey Petersen, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen, Valerie Fernandes

DESIGNATED MAGISTRATE JUDGE:

**JUDGE CASTILLO
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Vaughn L. Petersen
119 Tom Foola
Tupelo, MS  38804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel M. Cordis
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL  60610

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____

**(By) DEPUTY CLERK**

**January 4, 2008**

_____

**Date**