# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 79 | **DATE** | 2/8/2008 |
| **CASE TITLE** | Thrivent Financial for Lutherans vs. Audrey Petersen, et al. | | |

**DOCKET ENTRY TEXT**

After a careful review of the relevant pleadings and case docket, this Court hereby enters a default against defendants Audrey Petersen, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen, and Valerie Fernandes for failure to timely appear, answer or otherwise plead in this interpleader action. Judgment is entered in favor of the Plaintiff. Plaintiff Thrivent Financial for Lutherans is discharged of liability with respect to the life insurance proceeds of policy No. 06715389 to any defaulted defendant in this action. Plaintiff's counsel is ordered to deposit the disputed $50,393.04 with the Clerk of the Court. This Court will hold a settlement conference on March 13, 2008 at 3:00 p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|