IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 79 |
| AUDREY PETERSEN, ARTHUR PETERSEN, VAUGHN PETERSEN, VICTORIA BRISKEY, VIRGINIA HOENIG, KENNETH PETERSEN, and VALERIE FERNANDES, | ) ) ) ) ) ) ) ) | Judge Castillo |
| Defendants. | ) | |

## CROSS CLAIM

Defendants and Cross Plaintiffs, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes, individually (collectively, "Cross Plaintiffs"), for their cross claim against Defendant and Cross Defendant, Audrey Petersen, states as follows:

## FACTS

1.      On January 12, 1987, Thrivent Financial for Lutherans, a not-for-profit fraternal benefit society ("Thrivent"), issued a policy of life insurance to Donald A. Petersen (hereinafter referred to as the "Insured"), insuring his life with a corresponding death benefit of $50,000.  A copy of the relevant Thrivent life insurance policy, number 06715389, is attached to Thrivent's Complaint for Interpleader as Exhibit A (hereinafter referred to as the "Policy").

2. The Insured died in DuPage County, Illinois on October 30, 2007. A copy of the Insured's Medical Certificate of Death is attached to Thrivent's Complaint for Interpleader as Exhibit B.

3. The total death benefit due to the beneficiaries under the Policy is $50,393.04, an amount compromised of the specified $50,000 life insurance payout and a $393.04 quarterly premium refund.

## PARTIES

4. Cross Plaintiff, Arthur Petersen, is a surviving child of the Insured. Arthur Petersen currently resides at 2229 Warfield Avenue, Redondo Beach, California 90278 and is therefore a resident of the State of California.

5. Cross Plaintiff, Vaughn Petersen, is a surviving child of the Insured. Vaughn Petersen currently resides at 119 Tom Foola Trail, Tupelo, Mississippi 38804 and is therefore a citizen of the State of Mississippi.

6. Cross Plaintiff, Victoria Briskey, is a surviving child of the Insured. Victoria Briskey currently resides at 58 Green Street, Augusta, Maine, 04330 and is therefore a citizen of the State of Maine.

7. Cross Plaintiff, Virginia Hoeing, is a surviving child of the Insured. Virginia Hoeing currently resides at 120 Arrowhead Trail, Saltillo, Mississippi 38866 and is therefore a resident of the State of Mississippi.

8. Cross Plaintiff, Kenneth Petersen, is a surviving child of the Insured. Kenneth Petersen currently resides at 58 Green Street, Augusta, Maine, 04330 and is therefore a citizen of the State of Maine.

9. Cross Plaintiff, Valerie Fernandes, is a surviving child of the Insured. Valerie Fernandes currently resides at 2229 Warfield Avenue, Redondo Beach, California 90278 and is therefore a resident of the State of California.

10. Cross Defendant, Audrey Petersen, is the surviving wife of the Insured. Audrey Petersen currently resides at 3528 Hollywood Avenue, Brookfield, Illinois 60513-1716 and is therefore a citizen of the State of Illinois.

11. On December 3, 1986, the Insured submitted an application for an adjustable life insurance policy with Thrivent, a copy of which is attached to Thrivent's Complaint for Interpleader as Exhibit C. On the insurance application, the Insured designated Defendant and Cross Defendant, Audrey Petersen, his wife, as the "first beneficiary" and Defendant and Cross Plaintiff Kenneth Petersen, his son, as the "second beneficiary."

12. Cross Defendant, Audrey Petersen, remained the Policy's first beneficiary until on or about September 12, 2004, when the Insured submitted a "Beneficiary Designation – Common" form, a copy of which is attached to the Thrivent Complaint for Interpleader as Exhibit D, changing the named primary beneficiary of the Policy to his six children – namely Cross Plaintiffs Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes.

13. Following the death of the Insured on October 30, 2007, the Insured's children submitted their respective "Claimant's Statement for Life Contracts," copies of which are attached to Thrivent's Complaint for Interpleader as Exhibit E.

14. On or about November 7, 2007, Thrivent received notice that Cross Defendant, Audrey Petersen, intended to contest the Policy's current primary beneficiary designation. A

copy of faxed correspondence to Thrivent is attached to Thrivent's Complaint for Interpleader as Exhibit F.

15.   On January 4, 2008, Thrivent filed a Complaint for Interpleader, alleging that it was in possession of $50,393.04 in life insurance proceeds to which there were two or more claimants with adverse, competing interests, that it was only an innocent stakeholder, and that it was ready, willing and able to tender the Policy proceeds, plus any applicable interest, into the registry of the Court, or into any account as directed by order of the Court.

16.   On February 8, 2008, this Court ordered Thrivent to deposit the $50,393.04 in proceeds from the Policywith the Clerk of the United States District Court for the Northern District of Illinois.

17.   An actual controversy exists between Cross Plaintiffs and Cross Defendant regarding entitlement to the $50,393.04 in Policy proceeds.  Pursuant to Title 28, U.S.C. § 2201 and Rule 57 of the Federal Rules of Civil Procedure, this Court is vested with the power to declare the rights and liabilities of the parties hereto and give such other and further relief as may be necessary.

Wherefore, Cross Plaintiffs, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes, respectfully request:

(a)   that this Court determine and adjudicate the rights and liabilities of the parties hereto with respect to the Policy;

(b)   that this Court find and declare that Cross Plaintiffs, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes, are the primary beneficiaries of the Policy;

(c) that this Court find and declare that Cross Plaintiffs, Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes, are entitled to the $50,394.04 in Policy proceeds;

(d) that this Court enter judgment in favor of Cross Plaintiffs and against Cross Defendants in the amount of $50,394.04 plus costs;

(e) that this Court order the Clerk to release to Cross Plaintiffs the $50,394.04 in Policy proceeds it currently is holding pursuant to the Court's February 8, 2008 order; and

(f) that this Court enter such other and further or different relief as it deems equitable.

CHILDRESS DUFFY GOLDBLATT, LTD.


By:  s/ Edward Eshoo, Jr.
      One of Defendants and Cross Plaintiffs' attorneys


Childress Duffy Goldblatt, Ltd.
515 N. State St., Suite 2200
Chicago, Illinois 60610
312.494.0200
Fax: 312.494.0202

5