IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08 C 79 |
| AUDREY PETERSEN, ARTHUR PETERSEN, VAUGHN PETERSEN, VICTORIA BRISKEY, VIRGINIA HOENIG, KENNETH PETERSEN, and VALERIE FERNANDES, | ) ) ) ) ) ) ) ) ) | Judge Castillo |
| Defendants. | ) | |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on March 3, 2008, we filed with the Clerk of the United States District Court the attached **Cross Claim.**

                                         Respectfully submitted,

                                         **s/Christina M. Phillips**

                                         One of the Attorneys for Plaintiffs

Christina M. Phillips (6287091)
Edward Eshoo, Jr.
Childress Duffy Goldblatt, Ltd.
515 N. State Street, Suite 2200
Chicago, Illinois 60610
(312) 494-0200

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users, on this the 3rd day of March, 2008:

Daniel M. Cordis
Foley & Landner, LLP
321 N. Clark St., Suite 2800
Chicago, IL 60610

and via certified mail, return receipt requested and regular mail, postage prepaid, to the party listed below.

Audrey M. Petersen
3528 Hollywood Ave.
Brookfield, IL 60513


                                                s/Christina M. Phillips