

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | ) ) ) | |
| Plaintiff. | ) ) | |
| v. | ) ) | No. 08 C 79 |
| AUDREY PETERSEN, ARTHUR PETERSEN, VAUGHN PETERSEN, VICTORIA BRISKEY, VIRGINIA HOENIG, KENNETH PETERSEN, and VALERIE FERNANDES, | ) ) ) ) ) ) ) ) | Judge Castillo |
| Defendants. | ) ) | |

FILED
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
MAR 1 2 2008

### NOTICE OF FILING

PLEASE TAKE NOTICE that on March 12, 2008 I filed with the Clerk of the United States District Court the attached Cross Claim on behalf of Audrey Petersen.

Respectfully submitted,

_____
Patricia Handlin, Attorney for Cross Plaintiff
Audrey Petersen

Patricia J. Handlin, Attorney
1180 N. Milwaukee Avenue, third floor
Chicago, IL 60622
phone (773) 235-0070
fax (773) 235-6699

1



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 1 2 2008

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | ) ) ) | |
| Plaintiff. | ) ) ) | |
| v. | ) ) | No. 08 C 79 |
| AUDREY PETERSEN, ARTHUR PETERSEN, VAUGHN PETERSEN, VICTORIA BRISKEY, VIRGINIA HOENIG, KENNETH PETERSEN, and VALERIE FERNANDES, | ) ) ) ) ) ) ) ) | Judge Castillo

Jury Demand |
| Defendants. | ) | |

## CROSS CLAIM

Defendant and Cross Plaintiff, Audrey Petersen, for her cross claim against Defendants and Cross Defendants Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes, individually (hereafter "Cross Defendants), states as follows:

### INTRODUCTION

1. On January 12, 1987, Thrivent Financial for Lutherans, a not-for-profit fraternal benefit society (hereafter "Thrivent"), issued a policy of life insurance to Donald A. Petersen, (hereafter "Insured"), number 06715389, insuring his life with a corresponding death benefit of $50,000. The initial application and a Thrivent Life Insurance policy, are attached to Thrivent's Complaint for Interpleader as Exhibit A.

1

2. Donald A. Petersen died on October 30, 1007 in DuPage County, Illinois. A copy of the death certificate is attached to Thrivent's Complaint for Interpleader as Exhibit B.

3. The total death benefit due to the beneficiary under the policy is $50,000 plus $393.40 consisting of a policy premium refund.

4. On January 4, 2008, Thrivent filed a Complaint for Interpleader, alleging that it was in possession of $50,393.04 in life insurance proceeds, consisting of the proceeds of the policy and a policy premium refund in the amount of $393.04, to which there were two or more claimants with adverse, competing interests, that it was an innocent stakeholder, and that it was ready, willing and able to tender the proceeds, plus interest, as directed by order of the Court.

5. On February 8, 2008, this Honorable Court ordered Thrivent to deposit the proceeds from the policy with the Clerk of the United States District Court for the Northern District of Illinois.

**PARTIES**

6. Thrivent is a not for profit fraternal benefit society organized and existing under the laws of the State of Wisconsin. Thrivent is headquartered and maintains its principal place of business in Appleton, Wisconsin. Thrivent is authorized to and does conduct business in the State of Illinois.

7. Cross Plaintiff Audrey Petersen is the surviving wife of Insured, Donald A. Petersen. Audrey Petersen resides at 3528 Hollywood Avenue, Brookfield, Illinois and is a citizen of the State of Illinois.

8. Cross Defendant Arthur Petersen is a surviving child of the insured, Donald A.

Petersen. On information and belief, Arthur Petersen resides 2229 Warfield Avenue, Redondo Beach, California and is a resident of the State of California.

9. Cross Defendant Vaughn Petersen is a surviving child of the insured, Donald A. Petersen. On information and belief, Vaughn Petersen resides at 119 Tom Foola Trail, Tupelo, Mississippi and is a resident of the State of Mississippi.

10. Cross Defendant Victoria Briskey is a surviving child of the insured, Donald A. Petersen. On information and belief, Victoria Briskey resides at 58 Green Street, Augusta, Maine and is a resident of the State of Maine.

11. Cross Defendant Virginia Hoenig is a surviving child of the insured, Donald A. Petersen. On information and belief, Virginia Hoenig resides at 120 Arrowhead Trail, Saltillo, Mississippi and is a resident of the State of Mississippi.

12. Cross Defendant Kenneth Petersen is a surviving child of the insured, Donald A. Petersen. On information and belief, Kenneth Petersen resides at 58 Green Street, Augusta, Maine and is a resident of the State of Maine.

13. Cross Defendant Valerie Fernandes is a surviving child of the insured, Donald A. Petersen. On information and belief, Valerie Fernandes resides at 2229 Warfield Avenue, Redondo Beach, California and is a resident of the State of California.

## JURISDICTION AND VENUE

14. This Court has original jurisdiction and venue over this civil interpleader action pursuant to 28 U.S.C. § 1335 as (a) Thrivent had in its possession and custody money or property at issue exceeding $500 and (b) there are two or more diverse parties claiming a competing

interest in such property, the proceeds of the policy.

15. Pursuant to U.S.C.§ 2201 and Rule 57 of the Federal Rules of Civil Procedure, this Court is vested with the power to declare the rights and liabilities of the parties hereto and give such other and further relief as may be necessary.

16. Pursuant to U.S.C. §1397, venue is proper in this Court as Cross Plaintiff Audrey Petersen resides in Cook County, Illinois, which is located in the Northern District of Illinois.

## FACTS

17. On December 3, 1986, Insured Donald A. Petersen and his wife Cross Plaintiff Audrey Petersen submitted an application for an adjustable life insurance policy with Thrivent. On the insurance application, Insured Donald A. Petersen designated his wife, Cross Plaintiff Audrey Petersen, as the "first beneficiary" and his son, Cross Defendant Kenneth Petersen, as "second beneficiary." Said policy was issued by Thrivent and remained in effect until the death of Donald A. Petersen on October 30, 2007.

18. Between December 3, 1986 and October 30, 2007, the Insured, Donald A. Petersen, and his wife Cross Petitioner Audrey Petersen, resided together at 3528 Hollywood Avenue, Brookfield, Illinois.

19. Donald A. Petersen and Audrey Petersen paid the policy premiums from their joint checking account throughout the period of the policy. Audrey Petersen paid the last quarterly premium in the amount of $393.04 on October 14, 2007.

20. On or about September 12, 2004, Cross Defendant Kenneth Petersen, rather than Donald Petersen, submitted a "Beneficiary Designation–Common" form, a copy of which is

attached to Thrivent's Complaint for Interpleader as Exhibit C, purporting to change the beneficiar(ies) from Cross Plaintiff Audrey Petersen to Cross Defendants Arthur Petersen, Vaughn Petersen, Victoria Briskey, Virginia Hoenig, Kenneth Petersen and Valerie Fernandes.

21. Said "Beneficiary Designation–Common" form was submitted by Cross Defendant Kenneth Petersen by facsimile from a facsimile number belonging to Cross Defendant Kenneth Petersen in the State of Maine where Cross Defendant Kenneth Petersen resides and works.

22. Said "Beneficiary Designation–Common" form purports to contain the signature of Insured Donald A. Petersen with a date of September 9, 2004. On information and belief, the signature purporting to be that of Insured Donald A. Petersen is not the signature of Donald A. Petersen. The purported signature of Insured Donald A. Petersen is witnessed only by Cross Defendant Kenneth Petersen.

23. The Thrivent policy requires that in order for a change in beneficiary to be valid, it must be submitted in writing, signed by the Insured and it must be mailed or delivered to the home office or an AAL representative. See Thrivent's Complaint for Interpleader, Section 9, attached as Exhibit A. The purported change in beneficiary does not comport with this requirement of the policy and is, therefore, invalid.

24. On September 9, 2004, and on or about September 12, 2004, Insured Donald A. Petersen was suffering with severe physical illnesses for which he was receiving medications all of which resulted in his inability to comprehend the "Beneficiary Designation–Common" form, thus, further rendering the form invalid, even if signed by him.

Wherefore, Cross Plaintiff Audrey Peterson respectfully requests;

(a) that this Honorable Court determine and adjudicate the rights and liabilities of the parties hereto with respect to the Policy;

(b) that this Honorable Court declare that Cross Plaintiff Audrey Petersen is the beneficiary of the Policy and enter Judgement in favor of Cross Plaintiff Audrey Petersen in the amount of $50,394.04 plus interest and costs;

( c ) that this Honorable Court order the Clerk to release to Cross Plaintiff Audrey Petersen the Policy proceeds it is currently holding pursuant to the Court's order of February 8, 2008; and

(d) that this Honorable Court enter such other and further relief as is equitable and proper.

_____
Patricia J. Handlin, Attorney for Cross
Plaintiff Audrey Petersen

Patricia J. Handlin, Attorney
1180 N. Milwaukee Avenue, third floor
Chicago, IL 60622
phone (773) 235-0070
fax (773) 235-6699

Jury Demand

Cross Plaintiff demands trial by Jury on all counts of the Complaint.

_____
Patricia J. Handlin, Attorney for Cross
Plaintiff Audrey Petersen

6