UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Thrivent Financial For Lutherans
                              Plaintiff,

v.                                               Case No.: 1:08−cv−00079
                                                 Honorable Ruben Castillo

Audrey Petersen, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 17, 2008:

    MINUTE entry before Judge Honorable Ruben Castillo:Settlement conference held in chambers on 3/17/2008. All parties appeared. Progress made toward settlement. The parties are requested to fully exhaust all remaining settlement possibilities in light of the Court's recommendations during the next three weeks. The Court will hold a status hearing in open court on 4/24/2008 at 9:45 AM. All discovery is stayed while the parties are actively trying to settle this dispute.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.