# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Thrivent Financial For Lutherans

                             Plaintiff,

v.                                    Case No.: 1:08–cv–00079

                                    Honorable Ruben Castillo

Audrey Petersen, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

       MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held in open court on 4/24/2008. Settlement conference held in chambers on 4/24/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.