## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 79 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Thrivent Financial for Lutherans vs. Audrey Petersen, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/1/2008. Counsel appeared and advised the Court that the parties have settled. Enter Order. The Clerk of Court is ordered to release the funds deposited by Plaintiff as outlined in the attached Order. This case is hereby dismissed with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

FILED-ED
2008 JUL -2 PM 4:49
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|