IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) No. 08 C 79 |
| AUDREY PETERSEN,<br>ARTHUR PETERSEN,<br>VAUGHN PETERSEN,<br>VICTORIA BRISKEY,<br>VIRGINIA HOENIG,<br>KENNETH PETERSEN, and<br>VALERIE FERNANDES, | )<br>) Judge Castillo<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

This matter coming before the Court on July 1, 2008, the Court being fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. All parties being in agreement, having fully compromised all disputes, this matter is hereby settled;

2. The Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, is hereby ordered to release the funds deposited by Thrivent Financial For Lutherans as follows:

    a. $15,584.25 in principal and $64.92 in interest for a total of **$15,650.17** shall be made payable to **Audrey Petersen** and mailed to her attorney Patricia J. Handlin, 1180 N. Milwaukee Avenue, Third Floor, Chicago, Illinois 60622;

    b. Any interest accumulated after May 30, 2008, less the 10% fee charged by the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, shall be made payable to Audrey Petersen and mailed to her attorney Patricia J. Handlin, 1180 N. Milwaukee Avenue, Third Floor, Chicago, Illinois 60622;

    c. $5,897.09 in principal and $21.98 in interest for a total of **$5,919.07** shall be made payable to **Arthur Petersen** and mailed to his attorney Edward Eshoo,

  Jr., Childress Duffy Goldblatt, Ltd., 515 North State Street, Suite 2200, Chicago, Illinois 60654;

  d. $5,897.09 in principal and $21.98 in interest for a total of **$5,919.07** shall be made payable to **Vaughn Petersen** and mailed to his attorney Edward Eshoo, Jr., Childress Duffy Goldblatt, Ltd., 515 North State Street, Suite 2200, Chicago, Illinois 60654;

  e. $5,897.09 in principal and $21.98 in interest for a total of **$5,919.07** shall be made payable to **Victoria Briskey** and mailed to her attorney Edward Eshoo, Jr., Childress Duffy Goldblatt, Ltd., 515 North State Street, Suite 2200, Chicago, Illinois 60654;

  f. $5,897.09 in principal and $21.98 in interest for a total of **$5,919.07** shall be made payable to **Virginia Hoenig** and mailed to her attorney Edward Eshoo, Jr., Childress Duffy Goldblatt, Ltd., 515 North State Street, Suite 2200, Chicago, Illinois 60654;

  g. $5,897.09 in principal and $21.98 in interest for a total of **$5,919.07** shall be made payable to **Kenneth Petersen** and mailed to his attorney Edward Eshoo, Jr., Childress Duffy Goldblatt, Ltd., 515 North State Street, Suite 2200, Chicago, Illinois 60654; and

  h. $5,897.09 in principal and $21.98 in interest for a total of **$5,919.07** shall be made payable to **Valerie Fernandes** and mailed to her attorney Edward Eshoo, Jr., Childress Duffy Goldblatt, Ltd., 515 North State Street, Suite 2200, Chicago, Illinois 60654.

3. The matter is hereby dismissed with prejudice.

ENTERED: 7/1/08

_____
Judge Castillo

Edward Eshoo, Jr.
Christina M. Phillips
Childress Duffy Goldblatt, Ltd.
515 North State Street, Suite 2200
Chicago, Illinois 60654